UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-3039 |
| v. | ) | |
| | ) | |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) ) | |
| Defendant. | ) | |

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, DEBORAH R. SULLINS.

I certify that I am admitted to practice in this court.

_____
JOHN P. TAYLOR (6256758)
P.O. Box 3364
Springfield, Illinois 62708-3364
Tel: 217/525-5100