UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DEBORAH R. SULLINS, | ) |
| Plaintiff, | ) |
| | ) No. 04-3039 |
| v. | ) |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) |
| Defendant. | ) |

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, DEBORAH R. SULLINS.

I certify that I am admitted to practice in this court.

                                        s/John P. Taylor
JOHN P. TAYLOR (6256758)
P.O. Box 3364
Springfield, Illinois 62708-3364
Tel: 217/525-5100