**E-FILED**
Tuesday, 21 September, 2004  04:39:16 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-3039 |
| v. | ) | |
| | ) | |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2004, I electronically filed an APPEARANCE (document #10) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: James P. Baker, William E. Jarvis, and Thomas H. Klein, and I hereby certify that I have mailed by United States Postal Service the above-described document to the following non CM/ECF participants: None.

**s/ John P. Taylor**
John P. Taylor (6256758)
Attorney for Plaintiff
John P. Taylor, Attorney at Law
P.O. Box 3364
Springfield, Illinois 62708-3364
Telephone: 217/525-2100
Fax: 217/523-1594
E-mail: johnptaylor@insightbb.com