E-FILED
Tuesday, 23 August, 2005  03:29:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DEBORAH R. SULLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-3039 |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) ) ) ) |
| Defendant. | ) ) |

**JOINT MOTION FOR EXTENSION OF DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

NOW COMES Defendant, ILLINOIS DEPARTMENT OF PUBLIC AID, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and Plaintiff, DEBORAH R. SULLINS, by and through her attorney, James P. Baker, Baker, Baker & Karjewski, (jointly referred to within as "Parties") and for their Joint Motion for Extension of Discovery and Dispositive Motion Deadlines represents unto the Court as follows.

1. On February 17, 2004, Plaintiff filed the present action pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq*.

2. On August 16, 2004, United State Magistrate Judge Byron G. Cudmore entered a scheduling and discovery order, setting a discovery deadline of September 1, 2005, and a dispositive motion deadline of October 1, 2005.

3. Through discovery, Plaintiff has requested to depose Raven Knighten, EEO Officer of the Department of Public Aid.

4. Ms. Knighten's deposition was originally scheduled for August 23, 2005.

5. However, due to a sudden, serious illness, Ms. Knighten will not be available for deposition within the current deadline for discovery.

6.  Counsel for Defendant believes that Ms. Knighten's deposition could be taken by October 1, 2005.

7.  If the Court enlarges the time in which to conduct discovery, it will also be necessary to reset the dispositive motion deadline accordingly. The Parties respectfully suggest a dispositive motion deadline of November 1, 2005.

8.  For the reasons presented above, the Parties respectfully request that the date for completing discovery be extended to October 1, 2005, and that the dispositive motion deadline be extended to November 1, 2005.

WHEREFORE, for the reasons presented above, the Parties respectfully request this honorable Court grant their Motion for Extension of Discovery and Dispositive Deadlines, and by so doing, to extend the discovery completion date to October 1, 2005, and to extend the dispositive motion deadline to November 1, 2005.

Respectfully submitted,

| ILLINOIS DEPARTMENT OF PUBLIC AID, | DEBORAH R. SULLINS, |
|---|---|
| Defendant, | Plaintiff, |
| LISA MADIGAN, Attorney General, State of Illinois, | BAKER, BAKER & KRAJEWSKI, LLC, |
| Attorney for Defendant, | Attorney for Plaintiff |
| By /s/ Thomas H. Klein<br>THOMAS H. KLEIN, #6271653<br>Assistant Attorney General<br>500 S. Second Street<br>Springfield, IL 62706<br>Telephone: 217-785-4555<br>Facsimile: 217-524-5091<br>E-Mail: tklein@atg.state.il.us | By /s/ James P. Baker (w/ consent)<br>JAMES P. BAKER, #0097802<br>Baker, Baker & Krajewski, LLC<br>415 S. Seventh Street<br>Springfield, IL 62701<br>Telephone: 217-522-3445<br>Facsimile: 217-522-8234<br>E-Mail: carenbakerlaw@sbcglobal.net |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2005, I electronically filed the foregoing Joint Motion for Extension of Discovery and Dispositive Motion Deadlines with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    James P. Baker
    carenbakerlaw@sbcglobal.net

and I hereby certify that on August 23, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

    None.

                Respectfully submitted,

                /s/ Thomas H. Klein
                Thomas H. Klein, #6271653
                Assistant Attorney General
                500 South Second Street
                Springfield, IL  62706
                Telephone:  (217) 785-4555
                Facsimile:  (217) 524-5091
                tklein@atg.state.il.us