E-FILED
Friday, 26 August, 2005   12:11:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-3039 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

NOW COMES Lisa Madigan, Attorney General for the State of Illinois, by Sarah R. Kerley, Assistant Attorney General, State of Illinois, hereby enters her appearance as co-counsel on behalf of Defendant ILLINOIS DEPARTMENT OF PUBLIC AID in the above cause.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF PUBLIC AID,

        Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois

Sarah R. Kerley, #6283449        Attorney for Defendant,
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706        By:  /s/ Sarah R. Kerley
(217) 782-9026                        SARAH R. KERLEY
                                               Assistant Attorney General

Of Counsel.

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DEBORAH R. SULLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-3039 |
| ) | |
| THE ILLINOIS DEPARTMENT OF ) | |
| PUBLIC AID, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2005, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
carenbakerlaw@sbcglobal.net

and I hereby certify that on August 26, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

None

Respectfully submitted,

 /s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
skerley@atg.state.il.us