UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DEBORAH R. SULLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-3039 |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) ) ) ) |
| Defendant. | ) ) |

**MOTION TO SUBSTITUTE COUNSEL**

NOW COMES the defendant, Illinois Department of Public Aid, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion to Substitute Counsel, states as follows:

1.   Assistant Attorney General William E. Jarvis is no longer assigned to represent the defendant in this matter.

2.   Assistant Attorney General Sarah R. Kerley is now assigned as co-counsel to assist in the representation of the defendant in this matter.

3.   It is requested that Assistant Attorney General William E. Jarvis be removed as co-counsel for defendant.

Wherefore, for the above and foregoing reasons, the defendant respectfully requests this honorable Court allow the substitution of Assistant Attorney General Sarah R. Kerley as co-counsel for Assistant Attorney General William E. Jarvis and that

Assistant Attorney General William E. Jarvis be removed as co-counsel for the defendant in this matter.

                                                Respectfully submitted,

                                                ILLINOIS DEPARTMENT OF PUBLIC AID,

                                                   Defendant,

                                                LISA MADIGAN, Attorney General,
                                                State of Illinois

                                     By:  s/ Sarah R. Kerley
                                            Sarah R. Kerley, #6283449
                                            Assistant Attorney General
                                            Attorney for Defendant
                                            500 South Second Street
                                            Springfield, Illinois  62706
                                            Telephone:  (217) 782-9026
                                            Facsimile:   (217) 524-5091
                                            E-Mail:  skerley@atg.state.il.us

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-3039 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF | ) | |
| PUBLIC AID, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 26, 2005, I electronically filed the foregoing Motion to Substitute Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    James P. Baker
    carenbakerlaw@sbcglobal.net

and I hereby certify that on August 26, 2005, I mailed by United States Postal Service, the document to the following non-registered participant:

    None

Respectfully submitted,

/s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
skerley@atg.state.il.us