BUREAU OF INTERNAL AFFAIRS  
COMPUTERIZED CASE TRACKING REPORT  
(Type or Print All Data)

Case # 01-073-M0   Case Status FIN   BIAF Office S

Office 036   Status Date 10/31/00   Investigator 027

$ Lost _____   $ Rec _____   Conclusion 001

ISP Ref N   Date Ref _____   ISP Case # _____

Date ISP Rep Rec _____   Date BIAF Rep to Div _____   Cty 091

Arrest Y or (N)   Discipline Y or N   Incident Date 10/13/00

Off (1) 0003   Type (1) 10   Off (2) 0016   Type (2) 10

Off (3) 0024   Type (3) 01   Off (4) 0021   Type (4) 01

Off (5) ____   Type (5) ____   Off (6) ____   Type (6) ____

| Subject Name | Subject ID# | Subject Type | Subject Action |
|---|---|---|---|
| Scheff, Mark T. | [redacted] | 01 | |
| Thallman, Mary L. | [redacted] | 02 | |
| Sullins, Deborah R. | [redacted] | 03 | |
| Ross, Marvin E. | [redacted] | 05 | |
| Schuh, James E. | [redacted] | 04 | |
| Fletcher, Velva A. | [redacted] | 04 | |
| Sandidge, Michael E. | [redacted] | 04 | |
| Roberts, Joseph M. | [redacted] | 05 | |

Comments: Thallman alleged Scheff used sexually explicit language on 10/13/00 in her presence; she was offended and left the room; she repeated story later that day.

Entered   Date   Signature and Date

DPA 3102 (R-8-95)

EXHIBIT L

BUREAU OF INTERNAL AFFAIRS
COMPUTERIZED CASE TRACKING REPORT
(Type or Print All Data)

Case # _____ Case Status _____ BIAF Office _____

Office _____ Status Date _____ Investigator _____

$ Lost _____ $ Rec _____ Conclusion _____

ISP Ref _____ Date Ref _____ ISP Case # _____

Date ISP Rep Rec _____ Date BIAF Rep to Div _____ Cty ____

Arrest   Y or N    Discipline   Y or N    Incident Date _____

Off (1) _____ Type (1) _____ Off (2) _____ Type (2) _____

Off (3) _____ Type (3) _____ Off (4) _____ Type (4) _____

Off (5) _____ Type (5) _____ Off (6) _____ Type (6) _____

| Subject Name | Subject ID# | Subject Type | Subject Action |
|---|---|---|---|
| Dufoar, Pamela S. | ▮▮▮▮▮ | 04 | |
| Powell, Marina J. | ▮▮▮▮▮ | 05 | |
| Bangert, Shari L. | ▮▮▮▮▮ | 04 | |
| Stephenson, Judith M. | ▮▮▮▮▮ | 05 | |
| DeGroot, Lenna J. | ▮▮▮▮▮ | 05 | |

Comments _____

_____

_____

_____ Entered     Date          Signature and Date
DPA 3102 (R-8-95)

# PERSONNEL TRANSACTION REQUEST

Bid Number
If Applicable

From: __Medical Programs__
(Appropriate Div/Bureau/Co/Dist.)

Signature redacted pursuant to
USDC-CDIL Adm.Proc. Rule II(I)(1)(f)

Administrative Head: __Matt Powers__

Date: __2/14/01__

Director of Agency       (Date)

The purpose of this form is to **review the utilization** of the protected classes (ie., Women, African Americans, Hispanics, Asians, Native Americans, and persons with disabilities). For further information refer to the Administrative Manual Chapter 600 for implementation of this form and Chapter 700 for the Implementation of forms available for the disabled.

## THIS FORM MUST BE SUBMITTED 15 DAYS IN ADVANCE
### (GENERAL DIRECTIONS FOR COMPLETION ON REVERSE SIDE)

ACTION TO BE TAKEN:

Proposed Effective Date: __2/18/01__

- [ ] APPOINTMENT
- [ ] REINSTATEMENT
- [ ] PROMOTION
- [ ] REEMPLOYMENT
- [ ] JOB ASSIGNMENT
- [ ] TRANSFER
- [ ] VOLUNTARY REDUCTION
- [ ] LAYOFF
- [x] SUSPENSION
- [ ] DISCHARGE
- [ ] DEMOTION
- [ ] PARALLEL MOVEMENT

NAME OF CANDIDATE: __Mark Scheff__
OLD OFFICE/UNIT NAME: _____
TITLE: _____

RACE & SEX __white/male__
NEW OFFICE/UNIT NAME: __Medical__
TITLE: __MAC 2__

DETAILED BASIS OF RECOMMENDATION:

__see attached__

THERE SHOULD BE NO WRITTEN OR VERBAL COMMITMENT OF ANY KIND PRIOR TO THE FINAL REVIEW BY THE EQUAL EMPLOYMENT OPPORTUNITY OFFICE.

NAME(S) OF PERSON(S) MAKING TRANSACTION DECISION:

**EXHIBIT M**

DPA 1751 (R-11-93)

IL478-0483

The Illinois Department of Public Aid adheres to the principle of Equal Opportunity for all, regardless of Race, Religion, Color, National Origin, Sex or Physical or Mental Disability (unless the presence of such disability would prevent the performance of tasks incumbent in the position). Therefore, the Equal Employment Opportunity Office is concerned about the impact that personnel transactions have on the existing workforce.

The Department of Public Aid cannot meet compliance standards, mandated by federal and state laws on fair employment practices and Equal Opportunities in hiring without the support of each administrator. Your full cooperation with the request will ensure Equal Opportunity in employment and avoid the potential of a non-compliance citation by the U.S. Civil Service.

## THIS FORM MUST BE REVIEWED BY THE EQUAL EMPLOYMENT OPPORTUNITY OFFICE.

General directions for completing this form:

1. Please include, along with the form, a worked list of all people considered for this position. If the position is in the Bargaining Unit, submit a copy of the Bid List. If an eligible list is used, attach a list of the individuals who were interviewed. Include the race and sex of each applicant.

2. "Basis of Recommendation". In this section, cite job related reasons to justify your selection (i.e., job performance, education, training and seniority.)

    a. Why is this person best qualified? (A copy of the Employment Decision Form may be attached.)

    b. Reasons for non-selection of women, minorities, persons with disabilities, or persons over the age of 40.

3. Please be aware that in cases where two applicants are equally qualified for a position, and underutilization exists in the job title of EEO job category to be filled, you should try to select a member of the underutilized protected classes (i.e., Women, African Americans, Hispanics, Asians, Native Americans, and persons with disabilities.)

    Under Title VII when underutilization exists seniority will not be the sole criteria for selection. Such positions are subject to Affirmative Action Redress.

Mark Scheff
SSN: ████████
Medical Assistance Consultant II
Bureau of Comprehensive Health Services
Five (5) day suspension
Pre-Disciplinary Meeting: January 25, 2001
Rebuttal: January 31, 2001

## CHARGES

Mark Scheff, employed by the Department of Public Aid as Medical Assistance Consultant II, is suspended for five (5) calendar days for cause, that cause being violation of the Governor's Executive Order #4, Conduct Unbecoming of a State Employee and the Department's Rules of Personal Conduct #3 - Discourteous treatment of the public, co-workers, recipients, and applicants in that:

> On October 13, 2001, Mark Scheff entered the office shared by James Schuh and Mary Thallman and began to tell them that he had seen the police report concerning his brother's arrest for rape. Mark Scheff said the report noted his brother had put his finger in the woman's vagina and left it there for about one minute. James Schuh and Mary Thallman both state that Mark Scheff went on to say I don't know about you, but when I stick my finger in my woman I tend to stroke her.

Mr. Scheff's conduct is unacceptable, unprofessional, and will not be tolerated. Due to the severity of these charges, the discipline imposed is warranted and issued for cause. Further instances of this nature will result in discipline up to and including discharge.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: ☒ FEPA ☐ EEOC

CHARGE NUMBER: 2001SF0442

State or local Agency, if any: **State of Illinois Department of Human Rights**

RECEIVED and EEOC JUL 13 2001 DEPT. OF HUMAN RIGHTS

NAME (Indicate Mr., Ms., Mrs.): Deborah R. Sullins
HOME TELEPHONE: 217/529-3177
STREET ADDRESS: 608 Flora
CITY, STATE AND ZIP CODE: Springfield, IL 62703
DATE OF BIRTH: / /

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: SOI, Department of Public Aid
NUMBER OF EMPLOYEES, MEMBERS: 15±
TELEPHONE: 217/932-6405
STREET ADDRESS: 201 South Grand Avenue East
CITY, STATE AND ZIP CODE: Springfield, IL 62703
COUNTY: Sangamon

NAME: Mark Scheff c/o SOI, Department of Public Aid
STREET ADDRESS: 201 South Grand Avenue East
CITY, STATE AND ZIP CODE: Springfield, IL 62703
COUNTY: Sangamon

NAME: Jim Schuh c/o SOI, Department of Public Aid
STREET ADDRESS: 201 South Grand Avenue East
CITY, STATE AND ZIP CODE: Springfield, IL 62703
COUNTY: Sangamon

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 
LATEST: 2/01
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

### FIRST AMENDMENT

I. A. ISSUE/BASIS - RESPONDENT #1, #2 AND #3
  1. SEXUAL HARASSMENT FROM AUGUST, 2000 SPORADICALLY, AND CONTINUING UNTIL FEBRUARY, 2001

  B. PRIMA FACIE ALLEGATIONS
  1. I am a female.

  2. From August, 2000 sporadically and continuing, until February, 2001, Mark Scheff, co-employee, sexually harassed me and other females. His sexually harassing behaviors included but was not limited to referring to females as "pussies," talking publicly about his sexual activity; and claiming that I had a "hard on." Additionally, from August, 2000 sporadically and continuing, Jim Schuh, co-employee, also sexually harassed me and other females. His sexually harassing behaviors included but was not limited to participating in sexually offensive conversation with Mr. Scheff and remarking that another employee had been working out because his wife had not had sex with him for two years.

CONTINUED

OFFICIAL SEAL JOHN P. TAYLOR NOTARY PUBLIC, STATE OF ILLINOIS MY COMMISSION EXPIRES 5-27-2003

EXHIBIT N

☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.
I declare under penalty of perjury that the foregoing is true

NOTARY - (When necessary for State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
Date

Signature redacted pursuant to USDC-CDIL Adm.Proc. Rule II(I)(1)(f)
07/13/2001

Charging Party (Signature)
EEOC FORM 5 (Rev. 08/92)

Deborah R. Sullins
Page 2.

3.  I always opposed the sexually harassing behavior of Mr. Scheff. I complained about his sexually harassing behavior to Lenna DeGroot, Executive II and my supervisor, Jodie Edmonds, Public Service Administrator.

4.  The sexually harassing behavior of Mr. Scheff created a work environment that was hostile, intimidating, and offensive and substantially interfered with my ability to do my job.

II. A. ISSUE/BASIS - RESPONDENT #1
1. HARASSMENT FROM OCTOBER, 2000 AND CONTINUING BECAUSE OF RETALIATION

B. PRIMA FACIE ALLEGATIONS
1.  In October, 2000 as a witness in a civil rights investigation I opposed the sexually harassing behavior of Mr. Scheff.

2.  In October, 2000 following my participation as a witness opposed to the sexually harassing behavior of Mr. Scheff, he began harassing me, twice weekly. His harassing behavior, included, but was not limited to, staring at me and loudly announcing that he would "get even with them," making veiled and direct threats about me, my spouse, and/or co-workers.

3.  The continuing harassment followed my opposition to unlawful discrimination within such a period of time as to raise an issue of retaliatory motivation.

JH/yjt
KGS/yjt

## OFFICE OF INSPECTOR GENERAL
BUREAU OF INTERNAL AFFAIRS

### INTERVIEW SHEET

EMPLOYEE

| CASE NUMBER: 01-172-MO | SUBJECT'S NAME: Mark T. Scheff et al | DIVISION: Medical Programs | LOCATION: Sangamon County |
|---|---|---|---|
| INVESTIGATOR: Loren Larsen | NATURE OF INCIDENT: 1. Discourteous Treatment of Co-workers 2. Release of Confidential Information 3. Intimidation | | DATE OF REPORT: June 28, 2001 |

NAME: Deborah R. Sullins    SSN: 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

Deborah R. Sullins is a white female, 44 years old (DOB: 10-18-57), who is employed by the Illinois Department of Public Aid as an Executive II since November 1996. Sullins is assigned to the 8:30 a.m. to 5:00 p.m. shift. Her regular days off are Saturday and Sunday.

Assistant Chief Terrance Tranquilli and Investigator Loren Larsen interviewed Deborah R. Sullins at 9:00 a.m. on March 29, 2001 at the Bureau of Internal Affairs, 3201 Pleasant Run, Suite C, Springfield, Illinois.

Sullins said she contacted Chief Moscardelli of Internal Affairs on March 27, 2001, to complain about Scheff's actions in the workplace. Sullins stated that ever since Scheff was investigated on a sexual harassment investigation of another female employee by the name of Mary Thallman, a hostile environment has been fostered by Mark Scheff and James Schuh, along with supervisors Jodie Edmonds, Lenna DeGroot, and Marvin Ross, by not taking action on her verbal complaints about Scheff's intimidation of her.

On January 24, 2001, Scheff had his disciplinary hearing resulting from an earlier investigation for sexual harassment of a co-worker by the name of Mary Thallman (01-073-MO).

Sullins stated that on January 25, 2001, she was outside Scheff's desk area and heard him ranting and raving about suing five co-workers and one of their girlfriends. Sullins believes Scheff was referring to her (Sullins) and Laura Whetstone, with whom she has a relationship. That evening, Sullins left work, went to the vehicle she was driving, and found dog feces on the car door handles. The vehicle belonged to Whetstone.

The next day January 26, 2001, Sullins reported the dog feces incident to a security officer by the name of Dave LNU at the Bloom building. Also that morning, Scheff came into Pam DuFour's cubicle and said "its all lies, they can't prove anything its their word against mine." DuFour said before he left he said "he was going to sue the State of Illinois, five of his co-workers and one of their girlfriends, and

EXHIBIT O

Page 1 of 3 Pages    Attachment 2

000012

they will all hear from his lawyer." Later that afternoon Sullins was passing Scheff's office and heard him on the phone saying in an angry voice about suing five of his co-workers and one of their girlfriends. Sullins went to Scheff's supervisor Marvin Ross to complain about Scheff's loud talking about a pending Department of Human Rights case. Ross told Sullins he was talking to a union representative. Sullins asked Ross to tell Scheff not to talk so loudly and Ross said he would. This was in the presence of Lenna DeGroot. Just then DuFour came into the office saying she has had enough about Scheff talking loud about the Department of Human Rights case, over an over. Ross left the room and then returned to tell Sullins, DuFour, and DeGroot that Scheff said he did not know he was talking so loud. As Sullins and DuFour left the office, they overheard DeGroot say "what's she complaining about, she started all this mess."

Sullins told us that on January 29, 2001, she could still hear Scheff talking loud again about the investigation. Sullins met with Jodie Edmonds and told Edmonds about the hostile environment and that she was fearful of Scheff, not knowing what he would do next. Sullins said Edmonds responded by saying she was afraid of him also. Edmonds told Sullins she would converse with Carole Luttrell in personnel and Steve Bradley.

On February 28, 2001, Sullins said she filed a complaint with the Department of Human Rights in which she alleged Scheff sexually harassed her from August 2000 to February 2001.

Sullins told us that on March 13, 2001, she requested that Steve Bradley transfer her to another section to get away from the current management team of Edmonds, Ross and DeGroot, plus Scheff and Schuh. On March 14, 2001, Sullins was told by Edmonds and Bradley, to move to the east side of the first floor of the Bloom building until the section transfer could be looked into further. Bradley advised both Scheff and Sullins to stay away from one another. Scheff was advised in person and by E-mail to stay away from Sullins while at the work place. Sullins stated on March 16, 2001, Scheff came up from the basement to her area, passed her desk, and gave her mean spirited looks that placed fear into her. Sullins advised us she fears retaliation from Scheff and feels no one is listening to her problems about Scheff. After Sullins completed her move to the first floor on March 16, 2001, she observed Scheff pass her office area at least three times. She observed him twice in the morning, at 9:17 a.m. and 11:45 a.m., and again at 1:30 p.m.

Sullins told us that on March 21, 2001, around 4:57 p.m., Scheff walked past her office, while he was talking to an unknown person, and looked in at her and gave a dirty look. Sullins smiled back at Scheff, and he walked away.

Sullins stated that on March 26, 2001, about 12:45 p.m., Shari Bangert saw Scheff walk past her (Sullins) office and pause long enough to give her (Sullins) a mean dirty, intimidating look. Sullins said she heard Scheff say "we'll see who wins," then he walked on. This occurred a short time after Scheff found out about Sullins filing a complaint with the Department of Human Rights. Sullins told us that this incident made her feel more intimidated and anticipates things between her and Scheff will only get worse unless something is done about Scheff's offensive actions toward her. She also believes Scheff has singled her out based upon her sexual orientation in that Sullins is openly gay.

Sullins said the office seemed to be divided along gender lines (men versus women), which she

attributed primarily to Scheff. Sullins said as far as she knew, Scheff had not treated any of the other women in the unit that same as he treated Sullins.

Sullins contends that Scheff has continued his intimidating ways, even after being warned and given a direct order by the supervisors to stay away from her (Sullins).

Sullins at no time during the interview requested the presence of a union representative, witness, or a copy of her written statement.

Sullins provided a written statement and the interview was concluded at 3:30 p.m.

Sullins also provided us with copies of notes, e-mails, miscellaneous documents, and a copy of the complaint she filed with the Department of Human Rights.

Pam Dufour came up all red faced and in a panic. Said that Mark Scheff and Steve Bradley had a yelling match over me. I said what. She said Bradley told him to stay away from the east wing of the first floor. She said that Bradley then went in to Jodie Edmonds' office and closed the door.
Pam told me that after Bradley left the area Mark went into his supervisor's office and that they were yelling and could be heard over in her office.
She told me she was scared to death that Mark was going to explode at someone...probably me. Worries me too.

Lunch with Deb Masten. Why is Mark all of a sudden spending so much time in the area? Can't he leave you alone. Talked to me about safety precautions.

Shari Bangert came in and told me about telling Carla about Mark being up here so much. Carla told her boss, Steve Bradley. She said that Carla said that Bradley gave Mark a directive to stay away.

Saw Mark on the way out. He immediately turned red, angry and gave me a dirty look. I went back to my desk and waited him out.

### 03/29/01
9:00 AM Internal Affairs Interview. Present for the entire interview was Loren Larsen, Investigator II. Terrance Tranquali was present for parts of the interview.
I was questioned and asked to give my narrative regarding the harassment, retaliation and hostile work environment. Not only did I do that but also I allowed Mr. Larsen to make copies of the documentation. At noon we broke for lunch and I was back at one. Mr. Larsen then was in the interview room with me as I wrote out my statement. Mr. Larsen talked to me about patterns and things to watch for regarding Mark and Jim. He told me that Mark was a loose cannon waiting to go off. He also said that unfortunately that the victims always come out with the worst end of the deal.
Back at the office at 4 pm. I went to walk with Shari Bangert to her desk shortly after 5. I looked in the lobby and Mark was watching the hallway door to our area. He gave me another one of those red angry dirty looks. I went back to my desk and waited him out.

### 04/02/01
Roni Kalzua came into see if Mark had been by my desk anymore. Told her I didn't think so and I had been out of the office for on Friday and would be for a couple more days. She talked to me regarding contacting her if anything else happens and not to bother Steve Bradley, as he is not in this building.

### 04/06/01
Went to leave at 5:05 coast was clear until I walked outside.
Mark was standing with a group where he could watch the door. I just ducked my head and walked on to my car.

### 04/09/01
Standing outside at 11:46 waiting for Laura to pick me. See a car that is similar to the car Mark has been driving the last couple of weeks. A little gray hair woman is driving. Mark walks in front of me to the car. I turn and speak to Cheryl Beckner, SPSA. Coming back from lunch, Laura and I, give Brenda Beal and Shari Bangert a ride to the building from Brenda's car on 4th street. Mark gets out of the car in front of us. When he realizes whom it is he gets red from the neck up and gives us a dirty look. Mark then kisses the little old woman that has gotten out and goes on into the building.

2:30pm Pam Dufour up here to ask if she should call IA Investigator, Loren Larsen, or not on Mike Sandidge for discussing the interview with Jim Schuh. Stated that she overhead Jim say hi Mike and discuss the IA interview. She said that she finally got up and closed the door. She also told me that someone had told PK that I had complained about her and her cussing. She said she told PK she had never



EXHIBIT P

heard me mention that. I asked Pam who told her and she told me she didn't know but that she had heard Pam repeating it to someone else.

SullinsPA00011

04/12/01
Mike Beall calls employee over in front of my office door make sure I heard him call MS's name. Keep repeating to take it to MS and do you know who MS is?
Email to IA regarding the screw and screwdriver on MS's wall and MS.

04/16/01
Pam Dufour complains to Jodie about MS talking about the situation. Given a direct order to stop.

04/17/01
Went outside on break at 10:06 with Maria Hayes, and Jim Schuh is out smoking. Maria and I turn to the left away from JS to walk to the corner of the building. When we start back Jim is gone. We go in and sit down on the bench facing away from Sebastions. MS comes running up the steps. Spies me slows down begins to stare and give me a angry red faced look, then changes it to a smirk.

Scheduled break times show that MS should be on am smoke breaks from 10:00 to 10:10 and 10:30 to 10:40. Pm break times are from 01:30 to 01:40 and 3:00 to 3:10.
I either don't take a morning break or leave the building for a walk so that I can avoid MS. MS makes a habit of trying to be in the lobby when I leave and come back from break.
I take afternoon break when I take it from 3:40 to 4:00 so I can go on break with Maria Hayes, MS has Changed his break time so that once again he can be in the lobby at when I go and come back from break. (We generally walk around the block or stand outside)


05/04/01
Received response from EEO with Mark's response.

05/10/01
Interviewed today at 8:45am with Alberta Levan and Harriet Jordan for a MOAI (MC) position with the Drug Rebate Unit of BCHS. This has been slotted for me by Bureau Chief Steve Bradley to appease the situation...this is a demotion. Took the afternoon off for a funeral in Rushville. Took the 2053 to Jodie Edmonds to request the time off and to let her know I was back from the interview. Brian Brinker was in Jodie's office. He told me to come on in. I told him I would wait until they were finished. He moved closer to Jodie's desk and then they both laughed. He left and I went in to talk to her. Told her about the need for the afternoon off. She asked me how the interview went and how soon would I know. I told her that they gave me the typical 10-day response. But that I would ask to be moved as soon as possible if it is offered to me. I said that once I knew that I had the job I would like to sit with Steve Bandy for a couple hours regarding Nomad and Crystal Reports. Jodie stated that I would have to talk to Cyndi Cox about that. I told her I doubted Cyndi would have a problem with that since I had done so many Collins vs Bradley for her.

05/16/01
Received EEO, Janet Johnson's founding regarding my complaint. DPA blew it off as unfounded.

**EXHIBIT Q**

05/17/01
Called Dept of Human Rights and spoke to Jim Borman regarding the receipt of the above document. Stated that I had received it. He laughed and stated you didn't think they would find in favor of you did you? I stated no but I needed to know if there was anything I needed to do. He stated no that an investigator would be assigned to the case within a month and DHR would then do an investigation. Once a decision was made then I could take the next action needed.

Note:    To date the contact with Jodie has been very slight...she emails rather than calls or sends the secretary up with whatever she wants done. Yesterday Mike O"Rouke had me read a email stating that the Director would be touring our Section at 2:30. It is now 2:27 and Jodie has never notified me of the director's intent. This is typical of the treatment being

kept out of the loop. Jodie doesn't speak either except when I directly am in her office for business. She doesn't even speak to me when we have meetings with other sections.

SullinsPA00035