E-FILED
Monday, 21 November, 2005  01:08:10 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-3039 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MOTION OF THE PLAINTIFF, DEBORAH SULLINS, REQUESTING AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, DEBORAH R. SULLINS, by and through her attorney, James P. Baker, and respectfully requests an extension of time to and including December 16, 2005, within which to respond to the Defendant's motion for summary judgment. In support of this motion the Plaintiff, Deborah Sullins, states as follows:

1. That counsel for the Plaintiff, Deborah R. Sullins, represents over 80 individual defendants in the case *Titan International, Inc. v. George Becker et.al.,* Case No.00-CV-3257 which is pending before this Court.

2. That presently, the deadline for submitting dispositive motions in that case is November 28, 2005.

3. That counsel for the Plaintiff, Deborah R. Sullins, in anticipation of the filing date for dispositive motions has been required to expend substantial amounts of time during the months of October and November 2005, in working on a suitable motion for summary

        judgment and supporting brief. In this respect he has been away from the office during the week of October 31, 2005 and the week of November 14, 2005 with respect to work required in that case.

4.     That because of his time commitments in working on the above referenced case counsel for the Plaintiff, Deborah R. Sullins, has been unable to devote the time reasonably required to prepare a suitable response to the Defendant's motion for summary judgment.

5.     That the Plaintiff, Deborah R. Sullins, requests an extension of time to and including December 16, 2005 to submit her response to the Defendant's motion for summary judgment. She further requests that the scheduled date of the final pretrial conference and trial be adjusted to enable this Court adequate opportunity to consider and rule upon the Defendant's motion for summary judgment.

6.     That counsel for the Plaintiff, Deborah R. Sullins, has conferred with counsel for the Defendant and understands that counsel for the Defendant does not object to this request provided it has the time permitted by this Court's local rule to reply to the Plaintiff's response.

Wherefore, the Plaintiff, Deborah R. Sullins, respectfully requests an extension of time to and including December 16, 2005 to respond to the Defendant's motion for summary judgment and that the Defendant be given such time as is permitted under the local rule to reply to her response. She further requests that the final pretrial conference and trial be rescheduled in order to accommodate this request.

DEBORAH SULLINS

By:   s/ James P. Baker
     James P. Baker
     Bar Number: 0097802
     Baker, Baker & Krajewski, LLC
     415 South Seventh Street
     Springfield, Illinois 62701
     Telephone: (217) 522-3445
     Facsimile: (217) 522-8234
     E-mail: carenbakerlaw@sbcglobal.net

John Taylor
Attorney at Law
P.O. Box 3364
Springfield, Illinois   62708
(217) 529-6100

## CERTIFICATE OF SERVICE

    I hereby certify that on November 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Sarah Kerley
    Assistant Attorney General
    Office of the Attorney General
    500 South Second Street
    Springfield, Illinois 62701

By:   s/ James P. Baker
     James P. Baker
     Bar Number: 0097802
     Baker, Baker & Krajewski, LLC
     415 South Seventh Street
     Springfield, Illinois 62701
     Telephone: (217) 522-3445
     Facsimile: (217) 522-8234

E-mail: carenbakerlaw@sbcglobal.net