**E-FILED**
Friday, 16 December, 2005  01:21:02 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  04-3039 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMITATIONS

COMES NOW the Plaintiff, DEBORAH R. SULLINS, by and through her attorney, James P. Baker, and respectfully requests leave to file her memorandum in opposition to the Defendant's motion to summary judgment in excess of page limitations.  In support of this motion the Plaintiff, DEBORAH R. SULLINS, states as follows:

1. That in order for counsel for the Plaintiff to fully and accurately set forth the facts of the above proceeding and to adequately address issues raised by the Defendant in its motion to dismiss the page limitation requirements set by local rule of this Court were exceeded.

2. That counsel for the Plaintiff is unable to comply with the page limitation requirements of this Court without compromising the adequacy of the responses required to respond to the Defendant's motion for summary judgment.

3. That the word count is in excess of the word count limitation of 7000 prescribed by Local Rule 7(b)(2).  The word count of the Word Perfect program is 7578.

4.    That the memorandum in opposition to summary judgment is complete and ready to be

filed.


WHEREFORE, the Plaintiff, DEBORAH R. SULLINS, respectfully requests that she

be allowed to file her memorandum in opposition to the Defendant's motion for summary judgment in

excess of page limitations.

                              DEBORAH R. SULLINS

        BY:   ___s/ James P. Baker_____
                    James P. Baker
                    Bar Number: 0097802
                    Baker, Baker & Krajewski, LLC
                    415 South Seventh Street
                    Springfield, Illinois 62701
                    Telephone: (217) 522-3445
                    Facsimile: (217) 522-8234
                    E-mail: brendabakerlaw@sbcglobal.net
                    (Memorandum/sullinsdmsjopposition 112805)


                    John P. Taylor (6256758)
                    Attorney at Law
                    P.O. Box 3364
                    Springfield,  Illinois   62708
                    Telephone: (217) 525-5100
                    Facsimile: (217) 523-1594
                    E-mail: johnptaylor@insightbb.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Kerley
Office of the Illinois Attorney General
500 South Second Street
Springfield,  Illinois    62701

By:    s/ James P. Baker
        James P. Baker
        Baker, Baker & Krajewski, LLC
        415 South Seventh Street
        Springfield, Illinois 62701
        Telephone: (217) 522-3445
        Facsimile: (217) 522-8234
        E-mail: brendabakerlaw@sbcglobal.net

3