IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  04-3039 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MOTION REQUESTING THAT THE AFFIDAVIT
## OF MICHAEL SANDIDGE BE STRICKEN

COMES NOW the Plaintiff, DEBORAH R. SULLINS, by and through her attorney, James P. Baker, and respectfully requests that this Court strike the affidavit of Michael Sandidge which was filed in support of the Defendant's motion for summary judgment as Exhibit H.  In support of this motion, the Plaintiff, DEBORAH R. SULLINS, states as follows:

1. That Rule 56(e) of the *Federal Rules of Civil  Procedure* requires that affidavits supporting or opposing a motion for summary judgment be made on the personal knowledge of the affiant, set forth such facts as would be admissible in evidence and show affirmatively that the affiant is competent to testify on the matters covered in his affidavit.

2. That the affidavit of Michael Sandidge fails to meet the requirements of Rule 56(e) of the *Federal Rules of Civil Procedure* because:  a) it fails to state that the affidavit is based upon the affiant's personal knowledge; b) it fails to affirmatively show that the affiant is competent to testify on the matters covered in his affidavit; c) paragraph 3 of the affidavit is conclusionary and fails to establish a foundation of when or under what circumstances the affiant "would relate" instances of vulgar language by Mark Scheff to Lenna DeGroot, d) it fails to indicate that the affiant has any recollection of

actually relating such instances to her; and e) paragraph 4 of the affidavit fails to establish any foundation for the assertions made in that paragraph.

WHEREFORE, the Plaintiff, DEBORAH R. SULLINS, respectfully requests that this Court strike the affidavit of Michael Sandidge and not consider it in determining the merits of the Defendant's motion for summary judgment.

                                            DEBORAH R. SULLINS

                              By:    s/ James P. Baker
                                      James P. Baker
                                      Bar Number: 0097802
                                      Baker, Baker & Krajewski, LLC
                                      415 South Seventh Street
                                      Springfield, Illinois 62701
                                      Telephone: (217) 522-3445
                                      Facsimile: (217) 522-8234
                                      E-mail: brendabakerlaw@sbcglobal.net
                                      (Motions/sullinsdsandidgestricken 121205)

                                      John P. Taylor (6256758)
                                      Attorney at Law
                                      P.O. Box 3364
                                      Springfield,  Illinois  62708
                                      Telephone: (217) 525-5100
                                      Facsimile: (217) 523-1594
                                      E-mail: johnptaylor@insightbb.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Kerley
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois   62701

                                    By:   s/ James P. Baker
                                        James P. Baker
                                        Baker, Baker & Krajewski, LLC
                                        415 South Seventh Street
                                        Springfield, Illinois 62701
                                        Telephone: (217) 522-3445
                                        Facsimile: (217) 522-8234
                                        E-mail: brendabakerlaw@sbcglobal.net