# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| DEBORAH R. SULLINS,                                      ) | |
| )                                                        | |
| Plaintiff,                           ) | |
| )                                                        | |
| v.                                                    ) | Case No.  04-3039 |
| )                                                        | |
| THE ILLINOIS DEPARTMENT OF PUBLIC     ) | |
| AID,                                                  ) | |
| )                                                        | |
| Defendant.                           ) | |

## AFFIDAVIT OF MARY THALLMAN

STATE OF ILLINOIS              )
                                          ) ss.
COUNTY OF SANGAMON )

Mary Thallman, being duly sworn upon her oath, deposes and states as follows:

1.  I am an adult resident of Sangamon County, Illinois.  Prior to my retirement from state government I worked for many years for the Illinois Department of Public Aid.

2.  During the year 2000 I worked in the Bureau of Comprehensive Health Services at the Department of Public Aid.  I worked as a medical assistant consultant.  My supervisor was Lena DeGroot.

3.  I am acquainted with Mark Scheff.  During the year 2000 Mr. Scheff also worked in my work unit.   My work station was in close proximity to the work station of Mr. Scheff.  Consequently I would see him many times each work day.

4.  Throughout the time period I worked around Mr. Scheff he would on a constant basis make comments of a graphic sexual character.  In this respect he would talk about various sexual acts he had either engaged in himself or observed.

5.   Mr. Scheff's conduct in making sexually graphic comments was consistent. He did it all the time, day in and day out.

6.   I would frequently complain to my supervisor, Lena DeGroot, about Mark Scheff's conduct in making commentary of a sexual nature. Frequently, I would ask Ms. DeGroot if there was something she could do to stop his conduct. Typically, she would respond that there was nothing she could do. Even after I complained to Ms. DeGroot there was no change in Mark Scheff's commentary about graphic sexual matters.

7.   In October of 2000 I shared an office with Jim Schuh. One day during that month Mr. Scheff came into the office and engaged in a discussion with Mr. Schuh. During the discussion he made some comments of a fairly graphic sexual nature. His comments that day were of a character similar to the types of comments he made all the time.

8.   I left the office when those comments were made and went to the work station of Debra Sullins. I explained to Ms. Sullins the comments Mark had made. During our conversation she indicated that if we were to put an end to his behavior a formal complaint should be filed with the office of the Inspector General.

9.   I thought about what she said and agreed with her that was an appropriate course of conduct.

10.  Despite my complaints to Ms. DeGroot Mr. Scheff had continued to make the offensive sexual comments. I felt the only way to put an end to them was to make a formal complaint.

11.  I made a complaint with Laura Whetstone, an investigator in the office of the Inspector General. The nature of my complaint related to the sexual comments made immediately prior to going to Ms. Sullins' office.

12.     In December of 2000 I was awarded another position at the Department for which I had

earlier bid.  At that time I left my position working under Ms. DeGroot's supervision.

13.     This affidavit is based upon my personal knowledge.  If called upon I could competently

testify to the matters set forth above.

FURTHER YOUR AFFIANT SAYETH NOT.

Signature redacted pursuant to
USDC-CDIL Adm.Proc.Rule II(I)(f)

MARY THALLMAN

Subscribed to and sworn to before
me this 15th day of December, 2005.

Signature redacted pursuant to
USDC-CDIL Adm.Proc.Rule II(I)(f)
NOTARY PUBLIC

OFFICIAL SEAL
RENDA M. SCHRADER
ARY PUBLIC. STATE OF ILLINOIS
COMMISSION EXPIRES 10-3-2007