

AFSCME / State of Illinois
CONTRACT GRIEVANCE  *DOCUMENT A*

381824

| | |
|---|---|
| Employee's Name **MARK SCHEFF** | Agency **IDPA** AFSCME Local No. **2600** Date Raised at Step 1 **3-1-01** |
| Job Title **MAC II** | RC **62** Facility or Office **Bloom** Rec. **3/7/01** |

**STEP 1 - Oral Step**

*Jodie J. Edmonds*
_____ 3/12/01 _____ 3-7-01
Signature of immediate supervisor acknowledging discussion of grievance.   3/7/01
(DATE)   (Date of Discussion)

*DENIED*

**STEP 2** - (To be submitted within 5 work days after supervisor's answer given or due, whichever occurs first.)
Statement of Grievance (Include facts of the complaint, sections of the Agreement violated – if applicable, and relief requested):

EMPLOYEE _____   AFSCME hereby appeals the grievance to Step 2   *Marie Watts* 3-13-01
(Union Representative)   (DATE)

Date received by Intermediate Administrator or Designee _____ 3/13/01 _____
(DATE)   (INITIALS)

**Answer** (to be given within 15 working days of receipt - use attachment if additional space is required)   Date settlement meeting held _____

*See Attached*

EXHIBIT
PIF
3
7-12-05  JB

Signature *(illegible)* Date 3/13/01
(Employer Representative)

Signature _____ Date _____
(Union Representative)

☐ Accepted by Union   ☐ Rejected by Union

**STEP 3** - To be submitted to Agency Head (certified mail - return receipt recommended) within 15 working days after Step 2 answer was given or due, whichever occurs first. **Local must send copy to Council 31 (Include fact sheets, information and documentation with Union copy only.)**
AFSCME hereby appeals the grievance to Step 3   Signature _____ Date _____
(Union Representative)

**STEP 4** - To be submitted to Director of Central Management Services within 15 days after Step 3 sign off.
AFSCME hereby appeals the grievance to Step 4.   Signature _____ Date _____
(Union Representative)

® 591M

Mark Schiff is grieving the violations of Article III Section 1&2, Art VIII Sections 1&2 and Article IX Section as well as any other pertinent Article of the Master Contract in that Mark was unjustly suspended for 5 days due to "conduct unbecoming..." and "discourteous treatment..." (2 work rules)

On the date Mark was accused of sexual harassment by Mary Thalman, Mark was testifying via phone on a Human Rights matter. The complaint had been filed earlier in the year. Deb Sullins had been making comments for 4-6 weeks about Mark, more or less urging people to make complaints against Mark. On the date Mary made the complaint she talked to Deb Sullins (not her supervisor). Deb Sullins proceed d to call her "significant other", Laura Whetstone, an Internal Affairs investigator

Laura Whetstone was the investigator initially on this case. She told two of these investigators they could lose their jobs, their houses, and their families if they did not cooperate fully. Laura Whetstone was finally pulled from the case.

000180

Deb Sullins made several false statements in her testimony (ie worked next to Mark - She

did not.) Most people interviewed made comments about only women (vaginas) got jobs, not men (penises.) This statement seems to have originated with Deb Sullins. Mark had stated that women, not men, were given jobs. He said he wasn't the right sex. At no time have I ever heard Mark make such raw statements as were attributed to him.

A statement was given by June Denton (a former supervisor) which negated the statement by Deb Sullins who stated multiple people had complained about Mark's demeanor and statements. June stated no one ever had complained to her or she would have taken care of it immediately.

This whole case seems to be based on the Human Rights case which was found for the person Mark testified. This is totally based on retaliation for having testified.

The five-day suspension from Sunday to Thursday is unjust and harsh.

000181

The write-up stating his brother was charged with rape. The brother was charged with

sexual assault. The original start of this case
was for discussing the sexual assault was
just asking for opinions from his two co-
workers considering the statement the plaintiff
made which sounded bizarre.

Relief: That the 5-day suspension be
rescinded.
        That records of discipline be expunged
        That Grievant be made whole in this
matter.