E-FILED
Tuesday, 20 December, 2005 10:21:46 AM
Clerk, U.S. District Court, ILCD

3:04-cv-03039-JES-BGC   # 19-6   Page 1 of 1

My Attorney, Carol Hansen Posegate needs the name, address, telephone number and position title for my defense in a federal investigation. Your name has been provided on my witness list. Please complete:

NAME: Jodie Edmonds

Address: 2205 Burgess Dr., Spfld, IL 62707

Tele (H)  787-4818

    (W)  524-7195

Title: Public Service Administrator

Thank you
Mark T. Schott



EXHIBIT
PIRS
5
7-12-05        50

000315