My Attorney, Carol Hansen Posegate needs the Name, Address, telephone Number And position title for my defense in A federal Investigation. Your Name has been provided on my witness list. Please complete:

Name: Lenna DeGroat
Address: 5440 S Williamsvill RO Sherman Il 62684
tele (H) 629-9516   UL
     (w) 524-7195
Title: Exec II

Thank You
Mark T Schot L



EXHIBIT
P1C's
6
7-12-05      R0

000317