# BUR/COMPREHENSIVE HEALTH SVCS (29-400)

## BILLING & PAYMENT
### FEBRUARY 16, 2001



```
SR PUBLIC SER ADM (OPT.1)
STEVEN BRADLEY
40070-33-29-000-00-61    *
```

```
BILLING & PAYMENT
SR PUBLIC SER ADM (OPT.1)
CHERYL BECKNER  WF
40070-33-29-400-00-61    *
```

```
UNIVERSAL BILLING
PUBLIC SERV ADMIN (OPT.6)
JODIE EDMONDS  WF 40
37015-33-29-410-00-61    *
```

```
NIPS BILLING
SR PUBLIC SER ADM (OPT.1)
KAREN DANIELS  WF
40070-33-29-420-00-61
(SEE CHART 29-420)
```

```
OFFICE COORDINATOR (2)
STEPHANIE RAY
30025-33-29-410-10-61
```

```
EXECUTIVE II
DEBORAH SULLINS  WF 43
13852-33-29-410-20-61
```

```
HOSPITAL/HOSPICE/RENAL/
HEMOPHILIA/SEXUAL ASSUALT
EXECUTIVE II
MARVIN ROSS  W/H 30
13852-33-29-411-00-61
```

```
HOSPITAL/HOSPICE/RENAL/
HEMOPHILIA/SAET/ASTC SVCS
EXECUTIVE II
LENNA DEGROOT  WF 47
13852-33-29-412-00-61
```

```
MEDICAL ASST CONSLT II
PAMELA DUFOUR  WF 44
PATRICIA LUTTRELL  WF 44
KEVIN MAYER  WM 36
MICHAEL SANDIDGE  WM 34
MARK SCHEFF  WM 46
26502-33-29-411-20-61
```

```
MEDICAL ASST CONSLT II
VELVA FLETCHER  WF   left FM 3-9-01 for other state posi
JOSEPH ROBERTS  WM 42   promotion
JAMES SCHUH  WM 38
26502-33-29-412-20-61
```

Mary Schaulman → took promotion to BRO to MONT
WF 43                                    from MAC II eff
                                              1-26-0C

*RUTAN EXEMPT

29-400.0PX

Leva Geltner
WM Luttrell to left body
eff 3-01

Sur. Bingurt.  MAC III
WF



EXHIBIT
PIPS
7

000338