From:       Deborah Sullins
To:         Steve Bradley
Date:       11/2/00 11:03AM
Subject:    Problems in the Workplace



Steve,

Approximately 20 minutes ago Pam Dufour came into my office and wanted to know if I had gotten a call to go to the OIG's office. I told her no. She then proceeded to say that Mark had came to her and told her that he had been called to go there. He wanted to know if she had received a call. I told her I didn't know anything, and I didn't want to know anything.

I then proceeded to tell her that she had better quit talking and asking questions or she was gonna get herself in trouble. I told her that on Friday 10/27/00 Michelle Hare (former boss to both of us) had proceeded to tell me that at Bingo on 10/18/00 Pam had told her about the investigation and all the gossip associated with it. I told her she was lucky I hadn't filed a complaint against her for talking about it and telling things on myself that I had never told her. I then told her to get out of my office. I had talked to Lenna on 10/18/00 about Pam questioning me and wanting to talk about the investigation and not to talk to me about it.

I then went to Carla Collins and inquired if you were in. She said no not until Monday but that I could talk to Roni Kaluza. When Roni became available, Carla came and got me. (I did not share any of this with Cara). I then went to her and spoke to her regarding the incident, as well as what Michelle Hare had said to me.

In August 2000 I went through a breakup in my relationship and told in confidence to management (Lenna DeGroot, Marvin Ross and Jodie Edmonds) what was going on because it was effecting my work. Since this investigation I have heard much of that information passed through this section. Then when Michelle started asking me about it I questioned her and asked her where she heard it. She said Pam Dufour and that she thought Pam had gotten her information from Lenna. I really feel this is discourteous treatment by Pam and Lenna.

As for the Mark situation I haven't spoke to him, other a occasional greeting, since he made the crude remarks to me concerning the EII position and I reported them to Lenna. (Her response was he has no room to talk he won't even bid on the job. Besides he has to stay in the union to protect himself.) What ever action that this agency takes is between Mark and IDPA. My only concern is the retaliation factor.

The work environment here has gotten very hostile. People have quit speaking to people. I have quit mingling and have chosen to stay in my office to stay out of it. I talked to my therapist regarding this on 10/25/00 and again on 10/31/00. That night she referred me to my doctor, William Yu for meds. I talked to him about the situation also.

I have discussed this situation today with Roni Kaluza and she has stated that she will be talking to Pam (regarding her attempt to communicate on a confidential investigation), as well as to Jodie (regarding Lenna's lack of confidentiality). I appreciate this opportunity to vent both to you and Roni. Even if doesn't stop everything at least I know that management has been made aware of it and taken steps.

Thanks,
Debbie

CC:         Deborah Sullins