**From:** Jodie Edmonds
**To:** Steve Bradley
**Date:** 3/28/01 4:57PM
**Subject:** Deb Sullins

Steve -

Deb filed a complaint that Mark was walking by her work area and just now she came to see me and walked right by Mark's work area, even though there was another route she could have taken.  Doesn't that seem odd!

Jodie


**CC:**        Jodie Edmonds



Page 5 of 5 Attachment 5