E-FILED
Tuesday, 20 December, 2005  10:25:00 AM
Clerk, U.S. District Court, ILCD

CONDITIONS OF EMPLOYMENT (continued)

245.15    Sexual Harassment

It is the right of every employee to work in an atmosphere
free of sexual harassment.  It is the Department's goal to
ensure that right.

Sexual harassment by any employee (including managers and
supervisors), contractors, clients or others will not be
tolerated or condoned.

==o  a.    Definition of Sexual Harassment

Sexual harassment is any unwelcome sexual advance or
request for sexual favors or any conduct of a sexual
nature when:

. submission to such conduct is made explicitly or
  implicitly a term or condition of an individual's
  employment, or

. submission to or rejection of such conduct by an
  individual is used as the basis for employment
  decisions affecting the individual, or

. such conduct has the purpose or effect of
  substantially interfering with an individual's work
  performance or creating an intimidating, hostile or
  offensive working environment.

Other conduct commonly considered to be sexual harassment
includes:

. Verbal:  Sexual innuendos, suggestive comments,
  insults, humor and jokes about sex, anatomy--or
  gender-specific traits, sexual propositions,
  threats, repeated requests for dates, or statements
  about other employees, even outside of their
  presence, of a sexual nature.

. Non-Verbal:  Suggestive or insulting sounds
  (whistling), leering, obscene gestures, sexually
  suggestive bodily gestures, "catcalls", "smacking"
  or "kissing" noises.

. Visual:  Posters, signs, pin-ups or slogans of a
  sexual nature.

. Physical:  Unwelcome touching, hugging or kissing,
  pinching, brushing the body, coerced sexual
  intercourse, or actual assault.

PO-245(10)



EXHIBIT
22
7-18-05

4-28-93

001083

CONDITIONS OF EMPLOYMENT (continued)

Sexual harassment can involve a man harassing a woman, a woman harassing a man or harassment between members of the same sex.

==o b.  Responsibility of Individual Employees

Each individual employee has the responsibility to refrain from sexual harassment in the work place. An employee who sexually harasses a fellow worker is liable for their individual conduct. The harassing employee is subject to disciplinary action up to and including discharge in accordance with departmental policy or a bargaining agreement, as appropriate.

Employees who have observed a situation that could be construed as sexual harassment are required to notify the EEO office or BOIA immediately. They may also notify their immediate supervisor.

==  c.  Responsibility of Supervisory Personnel

Each supervisor is responsible for maintaining the work place free of sexual harassment. This is accomplished by promoting a professional environment and by dealing with sexual harassment as with all other forms of employee misconduct.

Organizations as well as supervisors can be held liable for damages related to sexual harassment by a manager, supervisor, employee, or third party (an individual who is not an employee but does business with an organization, such as a contractor, customer, sales representative, or repair person). Liability is based on:

. an organization's responsibility to maintain a certain level of order and discipline, or

. the supervisor acting as an agent of the organization.

Supervisors must act quickly and responsibly to minimize their own liability and that of the agency.

A supervisor must:

. address an observed incident of sexual harassment or a complaint with seriousness,

. take prompt action to investigate and document it,

4-28-93

001084

CONDITIONS OF EMPLOYMENT (continued)

. end the harassment,

. report it to the EEO Office,

. take appropriate disciplinary action, and

. observe strict confidentiality.

This also applies to cases where an employee tells the supervisor about behavior considered sexual harassment but does not want to make a formal complaint.

Supervisors must ensure that no retaliation will result against an employee making a sexual harassment complaint.

The agency's Equal Employment Opportunity (EEO) Officer is available to consult with supervisors on the proper procedures to follow.

== d.  Procedures for Filing a Complaint

An employee who observes or believes themselves to be the object of sexual harassment should deal with the incident(s) as directly and firmly as possible by clearly communicating their position to the supervisor, EEO Officer and offending employee. It is not necessary for sexual harassment to be directed at the person making a complaint.

The employee should document or record each incident—what was said or done, the date, the time and the place. Documentation can be strengthened by written records such as letters, notes, memos and telephone messages.

No one making a complaint will be retaliated against even if a complaint made in good faith is not substantiated. Protect any witness from retaliation.

The process for making a complaint about sexual harassment falls into several stages.

  − **Direct Communication.** If there is sexually harassing behavior in the work place, the harassed employee should directly and clearly express their objection that the conduct is unwelcome and request that the offending behavior stop. The initial message may be verbal. If subsequent messages are needed, they should be put in writing in a note or a memo.

CONDITIONS OF EMPLOYMENT (continued)

- Contact with Supervisory Personnel. At the same
  time direct communication is undertaken, or in the
  event the employee feels threatened or intimidated
  by the situation, the problem must be promptly
  reported to the immediate supervisor or the EEO
  Officer. If the harasser is the immediate
  supervisor, report the problem to the next level of
  supervision, the EEO Officer or the Bureau of
  Internal Affairs (BOIA).

- Formal Written Complaint. An employee may also
  report incidents of sexual harassment directly to
  the EEO Officer. The EEO Officer counsels the
  reporting employee and may assist with filing a
  formal complaint. The Department fully investigates
  the complaint and advises the complainant and the
  alleged harasser of the results of the investigation.

- Resolution Outside Department. It is hoped that
  most sexual harassment complaints and incidents can
  be resolved within the Department. An employee has
  the right to contact the Illinois Department of
  Human Rights (IDHR) or the Equal Employment
  Opportunity Commission (EEOC) about filing a formal
  complaint. An IDHR complaint must be filed within
  180 days of the alleged incident(s) unless it is a
  continuing offense. A complaint with the EEOC must
  be filed within 300 days.

Employees who believe that retaliatory action was taken
against them after filing a complaint with IDHR or EEOC
may file a retaliation charge. The charge must be filed
within 180 days (IDHR) or 300 days (EEOC) of the alleged
retaliation.

An employee physically harassed or threatened while on
the job may also have grounds for criminal charges of
assault and battery.

e. False and Frivolous Complaints

False and frivolous charges refer to cases where the
accuser is using a sexual harassment complaint to
accomplish some end other than stopping sexual
harassment. It does not refer to charges made in good
faith that cannot be proven. Given the seriousness of
the consequences for the accused, a false and frivolous
charge is a severe offense that can itself result in
appropriate disciplinary action.

001086

CONDITIONS OF EMPLOYMENT (continued)

245.14    Referral of Alleged Employee Misconduct

To report an alleged employee misconduct, the employee and
their Local Office Administrator, Bureau Chief or Section
Supervisor each completes Form DPA 3103, Referral of Alleged
Employee Misconduct, and sends it to the Division of Program
Integrity.

If the misconduct appears to require immediate action, make
the initial report to the Division of Program Integrity by
calling (217) 782-1516.  Follow up the telephone report with a
completed Form DPA 3103 within 48 hours.

245.15    Sexual Harassment

a.    Definition of Sexual Harassment

b.    Responsibility of Individual Employees

c.    Responsibility of Supervisory Personnel

If the investigation reveals the complaint is
substantiated, contact the Office of Labor Relations
immediately to determine the type of discipline.  Base
disciplinary action on the seriousness of the offense and
== disciplinary history of the employee.  Advise the EEO
office of any discipline taken.

Retaliatory action against anyone complaining of sexual
harassment is prohibited and is separate grounds for
discipline.  The filing of a frivolous complaint may also
be cause for discipline.

d.    Procedures for Filing a Complaint

(1)  Internal Complaints

Internal complaints may be filed orally or in
writing with EEO or BOIA.  Form EEO-3,
Discrimination Complaint, may be used to file a
written complaint with EEO.  Form DPA 3103 may be
used to file a written complaint with BOIA.

(2)  External Complaints

Sexual harassment complaints may be filed with:

CONDITIONS OF EMPLOYMENT (continued)

### Illinois Department of Human Rights

| | |
|---|---|
| 217/785-5100 | Springfield |
| 217/785-5119 | TDD Springfield |
| 312/814-6200 | Chicago |
| 312/263-1579 | TDD Chicago |

### Illinois Human Rights Commission

| | |
|---|---|
| 217/785-4350 | Springfield |
| 217/785-5119 | TDD Springfield |
| 312/814-6269 | Chicago |
| 312/263-1579 | TDD Chicago |

### Equal Employment Opportunity Commission

| | |
|---|---|
| 312/353-2713 | Chicago |
| 800/669-3362 | |
| 800/800-3302 | TDD |

o e.   False and Frivolous Complaints

245.16   Child Support Obligations

The personnel liaison in each office:

a.   advises newly hired employees that completion of Form IL 401-1542, Statement of Child Support Obligation, is a hiring requirement, and

b.   submits the completed Form IL 401-1542 with the hiring packet to the Bureau of Personnel Services, and

c.   keeps a copy of the form in the employee's personnel file.

o 245.17   Drug-Free Workplace

245.18   Misuse of Funds

All instances of alleged or suspected employee misuse of funds must be immediately reported by any employee with knowledge of the misconduct to the Administrator of the Division of Program Integrity. Use Form DPA 3103, Referral of Alleged Employee Misconduct. See PR-245.14.

== o 245.19   Discipline

== o 245.20   Grievances

001088