Re: Charge # 2001SF0442    Complainant: Deborah Sullivan

Witness Name Lenna DeGroot    Title: Exec II

Office or Home Address: Bloom

Interviewed witness by /___/ telephone    / X / in person. If in person,
Location EEO Office

Date 4-30-01

Time 2:00 pm

Indicated below are the relevant facts obtained from above named witness.

Lenna states that the unit has talked about Mark Scleff seeming to know something about everything. States that most listen to Mark rattle on tune him out.

Lenna states that Mary Thallman never complained to her about Mark.

Lenna states that in the meeting when staff was told of PK's husband's death. During the meeting, when discussion about open casket, Mark Scleff said that it would depend how he (Mr. Luttrell) held the gun. She did not find the comment offensive. She states that Mary Thallman heard the comment. She states that she is not familiar w/ PA's sexual harassment policy. She does know PA has a policy. She does have the employee handbk & the adm manual, and said something to the effect that I don't want to listen to this, and she left.

Lenna states that Deborah never complained about Mark. She states that it was well known that Mark believed that men did not get promoted fairly — women usually were.

She states that no one ever said that Mark indicated.

Lenna DeGroot    4/30/01    Janice Johnson
Witness                Date            EEO Officer

EXHIBIT 503
26
7-18-05


000259

3:04-cv-00009-JES-BGC   # 59-10   Page 2 of 5

Re: Charge #_____     Complainant: _____

Witness Name _____     Title: _____

Office or Home Address: _____

Interviewed witness by /___/ telephone     /   / in person.  If in person,
Location _____

Date _____

Time _____

Indicated below are the relevant facts obtained from above named witness.

women were promoted because they had vaginas. She states no one complained to her about Mark's alleged vulgar comments about women; that Mark said that Steve Bradley surrounded himself with strong pussy. She states that she did not hear any comments about Carla that Mark allegedly said Collins. She also states that no one complained to her about Mark allegedly talking about putting his fist up a woman.

She states that no one has complained about Jim Schuh. She states that Deborah did talk to her about Deborah's personal life. She states that Deborah said that she and her significant other of a number of years were breaking up. She states the Deborah did so to let her know in case Deborah's work suffered, or she (Deborah) started crying or had to call in for a day off unexpectedly. She states that she did not discuss this information with others. She also states that she did not discuss this information with Pam DuFour. She believes that the IA investigation was precipitated by

_____   4/30/9   Janeca Johnson
Witness                    Date      EEO Officer

000260

Re: Charge #_____        Complainant: _____

Witness Name _____ Title: _____

Office or Home Address: _____

Interviewed witness by /___/ telephone      /  / in person.  If in person,
                                             Location _____

                        Date _____

                        Time _____

Indicated below are the relevant facts obtained from above named witness.

something Mark said while he was in Jim Schul and
Mary Thallman's office — that Mary took exception
to his comments. She stated that she does not know what Mark
said. She states that Mary did not complain to her
before Mary contacted IA

She states that she never saw any "dog" signs in any
offices. She states that he had some dirt in a box —
she thought it was from Mark bringing in plants or
bulbs to share w/some of the other employees. She states she didn't
ask as she wasn't interested.

She states that she has not heard Mark refer to
women as "pussies."

She states that Mark had a conversation w/her in
front of her mother about her present boyfriend.
She states he said that something to the effect that
there'd be a hot time in Sherman tonight. She said
something like that because her boyfriend was
returning from a trip. She states that the comment

_Donna J. _____ 4/20/9    Janice Johnson_
      Witness            Date      EEO Officer

000261

7-07 1

Re: Charge #_____ Complainant: _____

Witness Name _Lenna De Groot_ Title: _Exec II_

Office or Home Address: _Bloom_ _____

Interviewed witness by /___/ telephone /X/ in person. If in person,
Location _EEO Office_

Date _4-30-01_

Time _2:00 pm_

Indicated below are the relevant facts obtained from above named witness.

"ticked her off" and that she told Mark she didn't appreciate those comments in front of her mother. She said that he apologized & said that he wouldn't do it again. She states that he has not made any further comments. She states that if her mother had not been present she would have laughed at him and that it wouldn't have bothered her.

She states that if someone had come to her and said that Mark had said something similar to them and that they were offended, she would have checked w/ Jodie (her supervisor) as to what should be done. Her description of Mark was that he was a good worker, he knows (or thinks he does) something about everything. She states that he could be called egotistical & a braggart.

_Lenna J DeGroot_ 4/30/0 _Janice Johnson_
Witness — Date — EEO Officer

000262

Lenna De Groot       Exec II

Did you ever receive any complaints
from your unit members concerning Mark
Scheff?   His vulgarity + crudeness SH?

early July 7, 2000?          Deborah (wouldn't
July 13, 2000?                        get promoted
8-8-2000                              no vagina)
                                          " (vulgar comments
                                             about women)
                                                  meeting
                                          " (w/Ross)
                                     Bradley surrounded
                                     self w/strong pussy
august or Sept               looking down Carla's
Mark incident               (Collins shirt) + why
in Joe + Mike's            Steve has her around
office (over)

10-2-00  Tell me about the meeting when everyone
was told about PK's husband's suicide.


Has anyone complained to you about Jim Schuh

8-15-00
Did Deborah confide in you about her personal
life? If so, what did she say? Did you dis-
cuss it w/anyone else?




Aware of PA's SH policy?



000263