10/13/00 – 8:14 am

Mark Schiff came into my & Jim Schuh's office and began relating to us that he had read the statement of the woman his brother had allegedly sexually assaulted. He proceeded to describe in great detail of what the woman said his brother did to her. Comments included "he stuck his penis/finger in her and left it for about 1 minute." You know Jim, when I stick my penis/finger in my old lady I don't let it lay there for a minute. I immediately start stroking her with it."

I left the room at that point because I was disgusted by his comments & wanted to leave. After Mark left our office Jim came down to Velva's office to let me know it was safe to return.

During the lunch hour he sat at my table (I was alone) and repeated the above story. I told him I had already heard this but he continued and added the information that the police were supposed to swab his brothers fingers for vaginal fluids but they forgot

001557



EXHIBIT
31
5.26-5  TC

PAGE 1 OF 4 ATTACHMENT

On 10-10-00 we had a short staff meeting in Marvin Ross's office. In attendance were Marvin, Jenna DeGroot, Joe Roberts, Mike Standidge, Jody Edmunds, Mark Scheff and myself.

Shortly after Mark came into the room ~~the~~ he proceeded to tell everyone that over the weekend he had a man come out to "suck" out his septic tank. ~~F~~ He said the man asked him if he had some women living with him. Mark said "Yes I do. Why." He said (this was after he paused a few seconds which made everyone wonder what was going to be said next.) that the man said he could tell ~~the~~ by the amount of toilet paper that was in the tank. That women always use more toilet paper than men. We thought he was going to mention ~~feminine~~ hygiene products.

Throughout the summer he constantly talked about how he carved one of his trees into the shape of a penis and that his neighbors weren't too happy about it. He talked about this to me and anyone else who was around on numerous occasions.

001558

He constantly makes derogatory remarks about peoples sexual orientation. A good example of that was yesterday (10-12-00) he came into my office and commented that he supposed the reason Marvin Ross couldn't come into work that day was because since the day before was Marvin's birthday he "probably got too much beef in the rear." I interpreted this to mean sexual activity (penis/rectal) I was offended & outraged

On 10-2-00 we were called in to Marvin's office. The purpose of that meeting was to inform the staff that P.K.'s husband had killed himself the night before. In attendance were: Genna, Marvin, Jody, Pam, Jim, Joe, Mike, Velma, Marcia & myself. Mark's first comment was "Where did he have the gun? Did he swallow it or aim between the eyes." He then proceeded to explain different scenarios on how the bullet might have taken its course and that depending on how much damage it did if they would be able "show him." I left while he was still talking. I believe I said "I've heard enough of this shit." Several days after this he was heard in the break room on 1st floor by Jim Schuh

MT 10/13/00

expressing his opion that P.K. killed her husband. He also commented after the night of visitation that he told his girlfriend Elaine that she didn't look like any grieving widow to him.

There are many other incidents - occurring almost daily - that I can't recall at this moment. Most of us who work around him have pretty much learned to tune him out as much as we can.

He did make the comment to Deb Sullins that the only reason she got her promotion was because she has a vagina and not a penis. (Deb told me this this morning.) Because I shared with her the events of this morning.

All of these comments were unsolicited.

Mary Thalman    10/13/00    2:30 pm