E-FILED
Tuesday, 20 December, 2005  01:30:56 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DEBORAH R. SULLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 04-3039 |
| | ) |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) |
| | ) |
| Defendant. | ) |

**MOTION OF THE PLAINTIFF, DEBORAH R. SULLINS, TO CORRECT HER APPENDIX AND CERTIFICATE OF SERVICE FILED WITH THE MEMORANDUM IN OPPOSITION TO THE MOTION FOR SUMMARY JUDGMENT**

Comes now the Plaintiff, Deborah R. Sullins, by and through her attorney, James P. Baker, and respectfully requests leave to correct the appendix filed with her Memorandum in opposition to summary judgment and to submit a corrected certificate of service. In support of this motion the Plaintiff states as follows:

1. That while filing the Memorandum in opposition to summary judgment and appendix it was noticed that several exhibits were omitted from the appendix.

2. That the omission of the exhibits was made through clerical inadvertence.

3. That a corrected appendix and the omitted exhibits are appended to this instrument.

4. That the certificate of service was prepared on December 16, 2005. The document was changed to pdf format and not revised prior to filing on December 20, 2005.

WHEREFORE, the Plaintiff, Deborah R. Sullins, respectfully requests that she be allowed to correct the appendix and include the omitted exhibits from her Memorandum in opposition to summary

judgment and submit a corrected certificate of service.

                    DEBORAH R. SULLINS

          BY:   s/ James P. Baker
                James P. Baker
                Bar Number: 0097802
                Baker, Baker & Krajewski, LLC
                415 South Seventh Street
                Springfield, Illinois 62701
                Telephone: (217) 522-3445
                Facsimile: (217) 522-8234
                E-mail: brendabakerlaw@sbcglobal.net

                John P. Taylor (6256758)
                Attorney at Law
                P.O. Box 3364
                Springfield, Illinois 62708
                Telephone: (217) 525-5100
                Facsimile: (217) 523-1594
                E-mail: johnptaylor@insightbb.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Kerley
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois   62701

          By:   s/ James P. Baker
                James P. Baker
                Baker, Baker & Krajewski, LLC
                415 South Seventh Street
                Springfield, Illinois 62701
                Telephone: (217) 522-3445
                Facsimile: (217) 522-8234
                E-mail: brendabakerlaw@sbcglobal.net