E-FILED
Tuesday, 20 December, 2005 01:31:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DEBORAH R. SULLINS, )
)
Plaintiff, )
)
v. ) Case No. 04-3039
)
THE ILLINOIS DEPARTMENT OF PUBLIC )
AID, )
)
Defendant. )

**CORRECTED APPENDIX TO THE MEMORANDUM OF THE PLAINTIFF, DEBORAH R. SULLINS, IN OPPOSITION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

ECF #

Plaintiff 's Affidavit . . . . . . . . . . 1

Mary Thallman Affidavit . . . . . . . . . . 2

Judy Stephenson Bixler deposition transcript . . . . . . . . . . 3

Steve Bradley deposition transcript . . . . . . . . . . 4

Cindy Cox deposition transcript . . . . . . . . . . 5

Lena DeGroot deposition transcript . . . . . . . . . . 6

Jodi Edmonds deposition transcript . . . . . . . . . . 7

Deborah Hensey deposition transcript . . . . . . . . . . 8

Janice Johnson deposition transcript . . . . . . . . . . 9

Raven Knighten deposition transcript . . . . . . . . . . 10

Marvin Ross deposition transcript . . . . . . . . . . 11

Mark Scheff deposition transcript . . . . . . . . . . 12

Laura Whetstone deposition transcript . . . . . 13

Plaintiff's Exhibit 1 . . . . . 14

Plaintiff's Exhibit 2 . . . . . 15

Plaintiff's Exhibit 3 . . . . . 16

Plaintiff's Exhibit 4 . . . . . 17

Plaintiff's Exhibit 5 . . . . . 18

Plaintiff's Exhibit 6 . . . . . 19

Plaintiff's Exhibit 7 . . . . . 20

Plaintiff's Exhibit 9 . . . . . 21

Plaintiff's Exhibit 10 . . . . . 22

Plaintiff's Exhibit 13 . . . . . 23

Plaintiff's Exhibit 14 . . . . . 24

Plaintiff's Exhibit 16 . . . . . 25

Plaintiff's Exhibit 19 . . . . . 26

Plaintiff's Exhibit 20 . . . . . 27

Plaintiff's Exhibit 21 . . . . . 28

Plaintiff's Exhibit 22 . . . . . 29

Plaintiff's Exhibit 26 . . . . . 30

Plaintiff's Exhibit 31 . . . . . 31

Plaintiff's Exhibit 32 . . . . . 32

Plaintiff's Exhibit 39 . . . . . 33

Deborah Sullins Deposition Transcript . . . . . 34

Plaintiff’s Exhibit 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35

Plaintiff’s Exhibit 28 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36

Plaintiff’s Exhibit 30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37

Plaintiff’s Exhibit 43 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38