3:04-cv-00039-JES-BGC   # 20-7   Page 1 of 19
E-FILED
Tuesday, 20 December, 2005  07:38:42 PM
Clerk, U.S. District Court, ILCD

| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-073-MD | TYPE OF INCIDENT | PAGE NO. 1 INVESTIGATOR/ |
|---|---|---|---|---|
| DATE | TIME | ACTIVITY | | REMARKS |

| DATE | TIME | ACTIVITY |
|---|---|---|
| 10/13/00 | 8:46a | Spoke w/ MARY THALLMAN + she confirmed a comment, of a sexual nature, made to her by another employee. I adv I'd contact her lar to receive a statement. Told Thallman's supervisor — Joey EDMONDS 4-7034 + adv I'd be speaking w/ Thallman later in the morning ref/s complaint. no info discussed. |
| 10/13/00 | 9A | not advised BC STEVE BRADLEY of need to speak to his staff (Thallman/unknown content + I'd update him asap. |
| 10/13/00 | 2p | Met w/ Thallman + secured a written stmt. (cgf). |
| 10/13/00 | 2:50 | adv S. BRADLEY of info (SH) + we would handle it + I would refer to my chain of command. Bradley suggested we v MARK SCHEFF's computer for computer games. Bradley told Scheff 6 weeks ago to remove same from his system. |
| 10/13/00 | 3:16p | adv RM of complaint, copy of Thallman's written statement given to RM. He would pepper info on Scheff + Thallman. Adv of computer games on Scheff's system + he said he was not interested in it. |

EXHIBIT
30
8-26-5 TB

| INVESTIGATOR'S CASE LOG | | IAD NUMBER: OC-073-MO | TYPE OF INCIDENT | PAGE NO. 2 |
|---|---|---|---|---|
| | | | | INVESTIGATOR/ |
| DATE | TIME | ACTIVITY | | REMARKS |
| 10/3/00 | 3:15p | DJM provided Case # / with ans. sheet would forthcoming. | | |
| 10/16/00 | 927A | Sch. interview [W/s obtained (10:20A / 10:24) Jodi Ed_, tcled for 2nd int (10:25) Velva Fletcher. Int. Velva Thalman / written stmt secured. (10-24 | | |
| 10/16/00 | 1:15 | Debbie Sullins int / written stmt secured. Int 1024 by Mike Taylor | | |
| 10/16/00 | 2:30 | Int. MIKE SANDIDGE / W.S. obtained. Adv. Ken Cole of Sandidge's concern over SCHEFF's instability in the work place. (Heart punch, donut shop, seeing someone killed takes all he has not hell someone every day. (unid.) funnie worker). | | |
| 10/16/00 | 3:55p | Int. MARVIN ROSS / W.S. obtained | | |
| 10/16/00 | Ext 5:45p | Emailed Raven Knights re/ updated int. info | | |
| 10/16/00 | ext 5:30p | Emailed MIKE TAYLOR need more "detailed" info re/ Sullins int sheet — re/ whether or not she was Mirandis. | | |
| 10/16/00 | 6:18p | Sent Cas re/ request for Scheff's training records. | | |
| 10/17/00 | 8:35A | Met w/ Jody Edmonds — adv. I would not be talking w/ her, but she would be talked to today. (I will recuse my self from int. Edmonds as she is Sullins immediate supervisor.) Adv. Edmonds I will need to int. PAM DERRICK then JOE ROBTS. | | |

| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-673-MO | TYPE OF INCIDENT | PAGE NO. 3 INVESTIGATOR/ |
|---|---|---|---|---|

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/7/00 | ret me 10:30A-10:45 | Caught by Thellman 1st floor breakroom. She asked what constitutes a reliance group. I asked if someone released the content of their W5/and/or the content of their interview. She said that didn't apply. She said someone who was interviewed yesterday was telling about how they were off upset thg'd love this jail. I said Jim Schuy, - she confirmed. I asked her if she felt comfortable w/ me to speak w/ Schuy. She asked if I could reassure him. I said I would. Schuh in DeBroots office during the conf. (Schuh was standing at the security office [illeg] then moved to) | |
| 10/7/00 | return 10:30-10:45 | I saw Schuh outside of the Broom + spoke near w/ him (in the Broom). Reassured him he was a source of info, not the S of HCJ concerned of doing his job — I adv he he was a source + not the S. | |
| 10/7/00 | 11:00A | Adv TT of computer games on SCHEFFS system. TT said updated on the (Drug) Detective's notably supported success + Brandoy. TT said just get stmt's uploaded. Adv of Jodi Ed [illeg] | |
| 10/7/00 | 11:36A | 10-24 tel w5 from Joe Roberts. | |
| 10/7/00 | 1:16P | Int. Shane Bargut (w5 advised. Marie Watts interrupted, asking if she was needed. Bargut said "no, I don't think so, but if I do" asked I let her (Marie Watts) know. I asked Watts how she found out about Apr (Bargut) MW replied [illeg] her [illeg]. asked where she was going. | |

| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-073-MO | TYPE OF INCIDENT | PAGE NO. 4 INVESTIGATOR/ |
|---|---|---|---|---|
| DATE | TIME | ACTIVITY | | REMARKS |
| 10/17/00 cntld | 1:16p | I asked Watts again how she found out about this & Watts shrugged her shoulder, making a facial expression as if to say "I dont know". I directed Watts to "tell her I'd talk to her later" & shut the door. | | |
| 10/17/00 | 1:25p | Told Steve Bradley of int & of my interest w/ Tony Nielson. The fact that I had told her, in his absence, to advise I needed to speak to BARGERT regard for an internal affairs interview. Nielson immediately responded, "I'd like Marie there w/ her". I responded, "Marie Who?" & Nielson response was "Marie Watts". I directed Nielson not to advise BARGERT she could have ~~A~~ union rep present, as Bargert was a source of info & she (Bargert) is requiree to know her contract. I then adv. Nielson I was located on the 1st floor Big conf. room & Nielson said she would respond. I then hung up the phone. BRADLEY said he would handle the matter (Nielson/Watts) & rest numerous t's during our brief conversat Bargert was not to be told of her need of union rep. Nielsons telephone call, which I made to her, was estimated to have occurred &/a about 1:17p. | | |

10/17/00 — Introduced to ann Lattig, need to speak
to 2:25p with Joey Stephenson (Walnut DCHS) ref 1A
investigation. Lattig contacted Stephensin reps
+ directed them to have Stephson next

10/17/00 — Int Judith Stephenson /w.s. secured.
2:42p

10/17/00 — Teled Jodi Edmonds (4-7034) adv- to have
3:34p Marina Powell report for an interview.

10/17/00 — Marina Powell int /ws secured.
3:43p

Marie Watts went through her neck hang
cards w/ contacting persons for 1A int.
MW told someone (on floor) Sheri Sangret was
called in on a 1A int. Unid. source app.
Sangret.

10/17/00 — called Debby Davis adv of Marie Watts
@4:40 — act on behalf of unit (She has (R)) to represent
4:50p people in interview)

10/17/00 — Reted page (2-1516) Talked to T ref OSM/T
4:58p needing statements on S.Bradly has voiced concern
to Panel calling. Concerned about WP Violence issues
admin leave is that a possibility. Updated him about
Marie Watts interruption.

10/18/00 — Contacted by Deb Sullen ref calling Pam Dittoen
8:32A ref conf. of int.

10/18/00 — Told Dittoen 4-7044 yesterday talk amongst
8:53A staff of my familiarity w/ Deb Sullins.

10/18/00 — Told Bell. no one in.
8:57A

10/18/00 — Sent Email to OSM/T ref my request to be
9:15p removed from this case. No details given —
(int) will discuss w/ T when he gets off the phone.
Derrick asked if Debbie Sullin was the
complaintat - I said "no".

 **Illinois Department of Public Aid**
**PHONE MESSAGE**

To _____

Date: _____    Time _____

Name of Caller: _____

Address: _____

Telephone Number

| Telephoned | Returned your call |
|---|---|
| Will call again | Was in to see you |
| Please return call | Will return |
| Would like to see you | URGENT |

Message:

*Please Call*

*Jodie Edmonds*

*4-7034*

Above message taken by

DPA 35 (R-3-95)        *Joe* ...        Signature        IL478-0728



Illinois Department of Public Aid

# PHONE MESSAGE

To _____

Date: _____ Time _____

Name of Caller: _____

Address: _____

Telephone Number _____

| Telephoned | | Returned your call | |
|---|---|---|---|
| Will call again | | Was in to see you | |
| Please return call | | Will return | |
| Would like to see you | | URGENT | |

Message:

4.7122

Tony Nielsen

Above message taken by _____

DPA 35 (R-3-95)                     Signature
                                    IL478-0728

| DATE | TIME | ACTIVITY | REMARKS |
|------|------|----------|---------|
| 10/18/00 | 9:50A | Meeting w/ DM/TT re my request to be recused from this case. Advised roommate status of Sullins up 10/12/00. DM/TT forwarded by email Trent. DM asked if Sullins was offended or filed a complaint against Scheff. I said according to her WS it didn't appear, but in talking w/ MIKE TAYLOR this morning he indicated Sullins was offended by Scheff's remarks to her vaginal piercing — "strong urine" (comment) & prior to Sullins departing the int. room she indicated she was fearful of Scheff. Advised DM/TT that I told MIKE TAYLOR he needed to have Sullins incorporate same in her WS. (as MIKE asked if he needed to have her amend her stmt. I said no just to add it. DM said he'd contact Debby Davy & get a decision on how to proceed. I said no problem, as I do not want to get in the way w/ any discipline which may be unjust against Scheff. Also told DM I have problems continuing in the case, as I am & have stayed impartial throughout. DM said if I am removed its not disciplined (a result of). | |

| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-073m() | TYPE OF INCIDENT | PAGE NO. 7 INVESTIGATOR/ |
|---|---|---|---|---|

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/16/00 until @ | 9:50 r | DI M said he would like me to continue w/ the investigation, but will go w/ what DERBY says directs. I said I had no problems. He commented if I am removed it's not because | not because he's dissatisfied |
| 10/18/00 | 10:50 | Ret'd call from Debbie Sullins — re blue luncheon plans, her birthday. She said Carla Collins approached her this A.M. as SCHOFF approached Carla Collins noting he knew he was under investigation. I also Sullins to not discuss this w/ me & if anyone, from this point on, wanted to give her a message for me to call the main line. Advised I've been removed at my request. | |
| 10/19/00 | 10:38a | DM IPT & I met — Dibley said to err on the side of caution & to remove me from the case so not to give Scheff additional ammo (if any) to we should discipline be imposed. | |
| 10/19/00 | 11:00a | Sent Karen Knighten email that I have been removed from this case. | |

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/18/00 | 11:00 | forwarded Brower's 10/17 W expense & training record documentation from Cos. | |
| 10/18/00 | 300 | TT called me up getting w/ me to discuss what Debnar + Edwards should be questioned on. Disc. whether I need be invol. I said yes & I was responding to him ask to call Collins more to... | |
| 10/18/00 | 11:40 | TT called me asking if Thallman told me she reported Scheff's behavior/comments to me when I first interviewed her. I told TT I didn't int enview (approved) I was just gathering the complaint information + I didn't question her about that nor did she mention it. Again I reiterated I was merely gathering the complaint info for 3103 purposes + when I adv. OI he of complaint he told me to wry an email, bullet skp. Adv. TT just taking the initial 3103 info I thought I could go back & interview Thallman depending on the circumstances. | |
| 10/18/00 | — | On 10/18/00 4:40 (eit time call) to TT, adv. him Carla Collins should be int. as I had spoke to Collins in passing, if Scheff had every said anything to her + Collins immediately put her head down and said "no" | |

(circled note at left) 10/18/00 11:49

1/18/00 — Meeting w/ OJN & TT discussed Bradley &
9:50A    Burkhead

— changes to report. Compliments mea
a very good job in this care investigation.

01-073-MO:
advised of sharing homehald eff. 10/12

10:32A 529-4224 (Landlord =)    NO 104 ad item    (Elderly
      (toilet)     (want                      (foreman
10:35A               bills                    (toilet rent)

10:44 4.2045 OES
           (Clements)

                01-073-MO ready to TT 14/18/00
    no discussions

10:38A—

(no report needed)   (received)

                         (care reassigned
(Pettus) 01-081—         n 10/12/n)
(Rose Garden)

Rose Garden — dont put in that what I'm doing.

Anniversary

| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-073-MD | TYPE OF INCIDENT | PAGE NO. 9 INVESTIGATOR/ |
|---|---|---|---|---|
| DATE | TIME | ACTIVITY | | REMARKS |
| 10/18/00 | — | I also told TT Scheff had approached Callen (id &/or) asking if she during she he was aware of the investigation. | | |
| 10/19/00 | 12:30p | turned in Fletcher / Schuh int sheets / written stmnts on 10/18/00 afternoon. Sundledge int sheet / WS turned in (12:30p) | | |
| 10/19/00 | 1:56p | orig. per TT's request, during Thallman's recorded interview were given to him. The orig consisted of her steno book paper complaint information | | |
| 10/19/00 | 2:40p | turned in Ross, Marvin int sheet & written stmnt turned in Sullen orig written stmnt. | | |
| 10/19/00 | 3:58p | turned in DeKruis orig stmnt + int sheet. | | |
| 10/19/00 | 4:25p | turned in Robert orig stmnt + int sheet | | |
| 10/19/00 | 4:51p | turned in Stephenson, orig stmnt + int sheet | | |
| 10/20/00 | 9:34A | Turned in orig. statemnt by Baugert + int sheet. | | |
| 10/20/00 | 9:57A | turned in orig. stmnt + int sheet. All int sheet (int I conducted) are (are) + turned into TT - along w/ W.S. (orig) | | |
| 10/20/00 | 11:30A | TT / MT / I discussed Scheffs interview. Scheff denied Deb Sullen "vaging/penis" conversation or at least using the word; never told to stop by anyone or she would have adm. punishing (att.) to punch a in worklog from pt 97. evasive on "penis tree". Lena DeGiart yesterday (10/19) said she told Scheff to stop making comments which pertained | | |

| DATE | TIME | ACTIVITY | REMARKS |
|------|------|----------|---------|
| 10/20/10 | 11:30A | | |
| | cont'd | to her boyfriend — Steven from out of town & Scheff remarked, in front of O's troop's mother (Lurch). Realized I am not removed from this case but just reassigned to TT. TT said Scheff wanted to add "other" things to his unit's stats. He has not yet begun his stint. Ask TT about what exactly devoted to due & JCOB, that, Chief Shallman 1st written documentation. | |
| 10/20/10 | 3:57p | 10-24 3103, per TT's request. | |
| 10/2?/10 | 10:29-11:15A | Conf w/ TT. TT asked me if I presented my cred "badge whipped" people I interviewed I adv. TT I presented as always, my credential. In fact I did that w/ either Taylor & Tim Schuch present. Discussed my being "outed" during int process. Noted I knew no one in that bureau w/ exception of Karen Bradley & Debbie Davis at my reg. wld review of my int. subject. TT said when O/s talked w/ Debby Davis on 10/18 she thought it was best to remove me to ensure there was not an appearance of conf of int. TT said if he & O/N had been fully it might have been a diff. story - R | |

| DATE | TIME | ACTIVITY | REMARKS |
|------|------|----------|---------|
| | | **INVESTIGATOR'S CASE LOG** — IAD NUMBER: 01-0 93-M0 — TYPE OF INCIDENT — PAGE NO. 4 — INVESTIGATOR/ | |

| DATE | TIME | ACTIVITY | REMARKS |
|------|------|----------|---------|
| 10/24/00 | 10:24A Call to O | I expressed my displeasure in the fact of my personal life being mentioned & was not pleased. O seemes to handle it well or so I expected. I mentioned the fact that I am certain Robb (Miller, Jr) is not pleased. Facial expressions name et. | |
| 10/25/00 | 1100 | O asks me if I have ORs orig written statmt. R in front of him reviewed my file & said no & that I gave the orig to him & DID ✓ my notes. He said he thought he remembered me giving him the orig. | |
| 10/26/00 | 4PM | Ph/Debby Davis, she had a mtg w/ the union rep Absent & the O I am the topic as the union sees me as an unbiased entity. Davis said she told the union "to prove it" (unbiased) & added she told the union (CW) I removed myself | |
| 10/27/00 | 10:42A | O asks me questions regarding Psm DeFavro written stmnt, specifically pertaining to whether Dr Four heard directly / indirectly to hearing Scheff make comments about women being promoted / gays being promoted — He needed this info because as he put it "I dont know how to change it in the interview sheet." O | |

| | | INVESTIGATOR'S CASE LOG | IAD NUMBER 01-073-20 | TYPE OF INCIDENT | PAGE NO. 12 INVESTIGATOR/ |
|---|---|---|---|---|---|

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/27/00 | 230 | TT comes to my office w/ int sheets, orig lost AMR 92.35, rqd I review for accuracy as Scheff has indicated he wrte file sent. TT acknowledges making some minor formatting changes & minor language to the int sheets | |
| 10/30/00 | 840 A | Nevevived TT's changes on my int sheet, which I turned into him. I maintained a copy of the my corrections to his interview sheets + a copy of the his int sheets w/ my highlights use a different + what changes I have not been made aware of. (Titles omitted) | |
| 11/2/00 | 9:52A 9:57A | Rec'd info from ORS that Pam Dutoen came in to her office asking about Mark Scheff coming over to the ORS's office today. Apparently PD wanted to know what was going on, ORS advised her she didn't know + didn't care + didn't want to discuss it further. Apparently the conv cont'd + ORS reiterated the fact she didn't want to know + or discuss it. ORS demanded PD leave the office, but not before ORS told PD that she (PD) better quit discussing the investigation + brought up the fact that PD told McNeill here, on a Wednesday evening, | |

| | | | |
|---|---|---|---|
| INVESTIGATOR'S CASE LOG | | IAD NUMBER<br>01-073-M6 | TYPE OF INCIDENT |
| | | | INVESTIGATOR/ |

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 11/2/00<br>cont | 9:35<br>2:57 | at bingo about the case. DRS then PD out of the office & closed her door. DRS estimated this exchange (w/o witnesses, took place app. 15 minutes or enough time for DRS to write the exchange down. DRS said she told Carla Collins what happened & wanted to talk to someone right away. Ronnie Kaluna is the only mgmt person in the office today. I directed DRS to advise Kaluna of any & all conf she is aware of, as policy stipulates she must do. DRS was quite upset about the DU four conversation & the fact that her workplace has now become hostile. Directed her to Email Kaluna & dos II, as he is lead investigator. She mentioned something about SANDIDGE talking to Angie Deffenbaugh about why her (DRS) door was closed & what DRS was doing. I told DRS if there was no release of investigation information, I didn't think it was pertinent, but if she thought it was pertinent to do so. | |
| 11/2/00 | 10:04a | I asked DRS as higher of she has altered her work activities at work. she said she has to divert interact of coworkers, keeps her door closed & feels she works in a hostile work. | |

| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-073-MO | TYPE OF INCIDENT | PAGE NO 1 9 INVESTIGATOR/ |
|---|---|---|---|---|
| DATE | TIME | ACTIVITY | | REMARKS |
| 11/2/10 10:04a coll | | environment. I directed OR8 to include that as well in the email of that is how she felt. | | |
| 11/29/10 | 2:00p | П adv. O6 has recd as a complaint (3) people complained about being inappropriate in interview. No names mentioned. Asked if I needed a witness present П said he didn't see the need, but it would be up to me, & I can decide when I get to 412. П said O/M will also be present during the inquiry 2:30 @ 4:12p | | |
| 11/29/10 | 2:19p | Left for 412, met in the lobby. П advised П/O/M will ask a few questions & I can write my statement in the office. | | |
| 11/29/10 | 2:35p (est) | inquiry began П/O/M present. 4 allegations presented, verbal responses given — Adv. to address allegations in stmnt format. Inquiry concluded at 4:10p Adv. not to discuss w/ OR8, as the individuals alleging violations work w/ OR8 & it shouldn't affect OR8 work environment. | | |
| 12/1/10 | 924 | Ja turned in my inquiry, stmt to П. (see transmit). | | |
| 12/8/10 | 3:45p | П asked me how I knew Debrost/Schulz & Dufren talked about the investigation. | | |

| INVESTIGATOR'S CASE LOG | | IAD NUMBER: 01-073-MC   TYPE OF INCIDENT | PAGE NO. 18   INVESTIGATOR/ |
|---|---|---|---|
| DATE | TIME | ACTIVITY | REMARKS |
| 12/8/00 | 3:45p | TI asked me to include whether I knew this info ref Sandidge directly / indirectly. Adv TI I'd make the corrections & have them to him before 5p. Went to look for the disc — not here (home) Adv TI I'd work on the corrections / addendum over the weekend and have it for him on 12/11/00. He said that was fine | |
| 12/11/00 | 8:39 am (ct) | Reviewed case notes ref Dutro, Inbrecht, Thallman, Sandidge. Tried Sullivan to verify 11/2/00 tele conv between he & I. he confirmed & I included info (Dutro form) Have/knew Sandidge / Deffenbaugh exchange | |
| 12/11/00 | 9:25 | Reviewed / new copies made of inv sht & forwarded to T. | |
| 8/12/05 | 11:30a (ct) | Rec'd Email from SUSAN MOREHEAD (AGO) ref DRS Atty requesting I be deposed on 8/24/05. no time given. SARAH KELLEY (AAG) will be contacting me to prepare for the deposition | |
| 8/19/05 | 10:30am (ct) | MOREHEAD emailed me reference my deposition has been rescheduled for August 24, 2005 @ 9:00 am   I WAS NEVER GIVEN A TIME for deposition only the date (8/24/05) MOREHEAD advised AAG— (KELLEY) wants to meet me @ 8 on | |

| | | INVESTIGATOR'S CASE LOG | | IAD NUMBER | TYPE OF INCIDENT | PAGE NO. INVESTIGATOR/ |
|---|---|---|---|---|---|---|

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 8/19/05 | 10:30 But | 8/22/05 morning, A scheduled calendar was also present - 8/22/05 11A-12p I had to follow-up w/ the law library (the 8 comm) I confirmed | |
| 8/22/05 | before 8:32 | I went to masterfile to get the interviews from the masterfile. Case is v'd out to W/M name o/s - no year. AGAINST POLICY! | |
| | 8:32 A.M. | DM enters my office tells me I was RECUSED from this case + he doesn't know if I can/should be allowed to look @ this case. I told him I was never told I was recused from this case. He reiterated yes I was. HMM... this was the first time I've heard I was RECUSED. He left, went to office & supplied me w/ the 10/18/00 email | |