E-FILED
Tuesday, 20 December, 2005  07:35:22 PM
Clerk, U.S. District Court, ILCD

# OFFICE OF INSPECTOR GENERAL
## BUREAU OF INTERNAL AFFAIRS

### INTERVIEW SHEET

## EMPLOYEE

| CASE NUMBER:<br>01-073-MO | SUBJECT'S NAME:<br>Mark T. Scheff | DIVISION:<br>Medical Programs | LOCATION:<br>Sangamon County |
|---|---|---|---|
| INVESTIGATOR:<br>Terrance Tranquilli | NATURE OF INCIDENT:<br>1. Discourteous Treatment of Co-workers<br>2. Sexual Harassment<br>3. Conduct Unbecoming a State Employee | | DATE OF REPORT:<br>October 27, 2000 |

NAME: Pamela S. DuFour                    SSN: 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

Pamela S. DuFour is a white female, 54 years old (DOB: 07/11/56), and who is employed by the Illinois Department of Public Aid as a Medical Assistance Consultant II since October 1998 assigned to the 8:00 a.m. to 4:0 p.m. shift. Her regular days off are Saturday and Sunday.

DuFour was interviewed by Investigator Laura R. Whetstone at 8:45 a.m. on October 17, 2000 at the Bloom Building, 201 South Grand Avenue East, Springfield, Illinois.

Pamela S. DuFour stated she has worked in the Hospital (UB 92) Billing unit for two years. Prior to that she worked at the Sangamon County Local Office for 12 years in varius positions. She has worked with Mark T. Scheff at both locations and he has always been sexual in many comments he has made. Scheff makes sexual comments daily, some remarks are derogatory to women and can be offending to her. Some of his comments are mind blowing in their sexual nature. Sitting next to Scheff's office, affords her opportunities to hear him talking on the telephone when he makes comments about his sexual escapades. An example of such includes when he gets sex, and what he likes to do or have done to him. These comments made her uncomfortable in the past, but she has heard him so much nothing he says shocks her anymore. She has told Scheff, as well as others in her presence, to lay off some of his comments. According to DuFour, it is like it goes over his head and just keeps up with what he is talking about until he has run off everyone around him. Since she has worked with Scheff for several years and knows him to talk very sexual in nature and to be obnoxious in his talk she just learned to tune him out.

Scheff talks in great comment regarding only women getting promoted and people having something (penis) hanging down cannot go anywhere. She recalled a conversation between Scheff and Deborah R. Sullins about promotions in the bureau and Scheff stating most of them went to women. Sullins said Scheff's comments were uncalled for.

DuFour said she was not saying she was offended or not by his comment because she does not pay attention to what he says most of the time.

001603

Ex 00.43

Scheff has also commented about gays (unidentified) being promoted, noting one has to be a woman or gay to get a better job.

She was called into a meeting in Marvin E. Ross' office and Lenna DeGroot advised about Patricia "P.K." Luttrell's husband committing suicide. Scheff commented if he (Mr. Luttrell) swallowed the gun or exactly how he did the deed. Scheff continued about how the surrounding would look after the shooting and how the body would look. He did not seemly overly sensitive to the situation. The more Scheff went on about the matter, people started to leave the room because they had heard more from (him) than they wanted to. Ross, DeGroot and Jodie L. Edmonds, who was also present, did not do anything to curtail what Scheff was saying. Ross, De Groot and Edmonds are like the rest of the staff in the unit, they are so used to Scheff's comments that they do not say anything to him. Ross, DeGroot and Edmonds are not into a lot of confrontations.

DuFour said Scheff plays solitaire on his personal computer because she has walked by, as late as Friday (October 13, 2000), and he was playing.

DuFour did not request a the presence of a union representative or witness during the interview.

DuFour provided a witness statement and the interview concluded at 10:27 a.m.

# Illinois Department of Public Aid
## Office of Inspector General
## Bureau of Internal Affairs

### WRITTEN STATEMENT

DATE: 10/17/00    TIME: 9:05A    PLACE: BLOOM BLDG.

I am PAMELA S. DuFOUR and my current work address is:

BLOOM BLDG. . My job title is: MAC II .

I understand, as a condition of my employment, I am required to cooperate with any internal investigation. Providing a
written statement is part of that cooperation.

### STATEMENT

X I, Pamela S DuFour, have worked in th. Hospital
(UB92) Billing Unit for 2 years. Prior to this I worked
in Sangamon Cty Local Office for 12 yrs in various
positions. I have worked with Mark Scheff at both
places. Mark has always been very sexual in (many of)
comments he has made both at the Local Office
and here. He (Mark) talks in great comment
regarding only women getting promoted and people
having (penis) something hanging down can't go anywhere.

_____    _____
Investigator                Signature of Person Making Statement

_____         10:27
Witness                     Time Completed

Page 1 of 5 Page(s)         Attachment _____

**001605**

DPA 3108 (R-1-98)                              IL478-1896

Mark has made comments regarding gays (no one by name) pl being promoted. Such as "you either have to be a women or gay to get a P/l better job. Mark makes sexual comments almost daily Some of the remark are degrating to women And can be offending to me. Some of his comments are mind blowing in their sexual nature. I sit (daily) next to his cubicle and I can hear him talking on the phone and he makes comments about his sexual escapades on the phone, such as when hi get some sex & what he likes to do and have done to him. The comments" he makes have made uncomfortable in the past, but now I have heard them so much that nothing he says shocks me Anymore. Mark has been told by me + other people in my presence to lay off some of his

_____
Investigator

_____
Witness

_____
Signature of Person Making Statement

_10:27_
Time Completed

\ 3108-A (R-1-98)                          IL478-2012

comments but it is like it goes over his head and he just keeps up with what he is talking about until he has run off everyone around him. I was called into a meeting in Marvin Ross' office and Lenna DeGroot was telling us about PK's (her) husband committing suicide and Mark (Vd) asked if he swallowed the gun or exactly how he did the deed. He talked about how the surrounding would look after the shooting + how the body would look. He didn't seem overly sensitive to the situation. The more Mark went on about "this, people started to leave the room, because most had heard more from than they wanted to. During the meeting in Marvin's office, the Supervisor, Lenna DeGroot + Marvin Ross, didn't do anything to curtail what

_____
Investigator

_____
Witness

_____
Signature of Person Making Statement

10:27
_____
Time Completed

Page 3 of 5 Page(s)     Attachment _____

001607

DPA 3108-A (R-1-98)

IL478-2012

Mark was saying. All believe they (both) (pd)
Lenny, marvin, & Jodie (Edmonaszki) are like the rest of
us who work in the unit, so use to mark's
comments that they don't say anything to him are
they (Lenny, marvin & Jodie) are not into a lot (pd)
of confiltations. *I Remember mark having (ed)
a conversation with Deb Sullms Regarding promotions
in the beaucu and most of them going to women.
and Deb said mark's comments were uncalled
for. I know that mark plays solitaire on his
computer and I walked by friday while he
was playing. I have worked with mark off
and on for several years and have known
him to talk very sexual in nature and to be
obnoxious in his talk + I think I have just
learned to toon him out. ___ (pd)

| | |
|---|---|
| _Laura Robetch_ | _Pamela SDufour_ |
| Investigator | Signature of Person Making Statement |
| | 10:27 |
| Witness | Time Completed |

Page 4 of 5 Page(s)     Attachment _____ 001608

DATE: 10/17/01

I am not saying that I was offended or not offended by his comment that don't pay attention to what he says most of the time

_Laura Rulekit_
Investigator

_Pamela S Dufour_
Signature of Person Making Statement

_____
Witness

10:27
Time Completed

Page 5 of 5 Page(s)     Attachment _____     **001609**

OPA 3108-A (R-1-98)                                    IL473-2012