E-FILED
Tuesday, 03 January, 2006 12:18:58 PM
Clerk, U.S. District Court, ILCD

EXHIBIT G

Illinois Department of Public Aid
Inter-Office Memorandum

TO: Mark Scheff

DATE: October 19, 2000

FROM: Steve Bradley, Chief
Bureau of Comprehensive Health Services

RE: Notice to Cease Activity

---

This is to advise you that effective immediately, if you are engaging in any activity of an unprofessional nature, including comments of sexual nature, **this is to cease immediately**.

I understand that on the evening of October 18, 2000, you attempted to contact Mary Thallman. This also serves to notify you that you are to have no contact with Ms. Thallman, either at home or in the workplace, until further notice.

Attached are copies of the Department's policies regarding Internal Affairs investigations, as well as the Department's sexual harassment policies. Please review these policies and fully comply.

cc: Internal Affairs
Labor Relations

Attachment

EXHIBIT
Plf.
1
7-12-05

000350