E-FILED
Tuesday, 03 January, 2006  12:19:24 PM
Clerk, U.S. District Court, ILCD

Mark Scheff
SSN: ███████
Medical Assistance Consultant II
Bureau of Comprehensive Health Services
Five (5) day suspension
Pre-Disciplinary Meeting: January 25, 2001
Rebuttal: January 31, 2001

## CHARGES

Mark Scheff, employed by the Department of Public Aid as Medical Assistance Consultant II, is suspended for five (5) calendar days for cause, that cause being violation of the Governor's Executive Order #4, Conduct Unbecoming of a State Employee and the Department's Rules of Personal Conduct #3 - Discourteous treatment of the public, co-workers, recipients, and applicants in that:

> On October 13, 2001, Mark Scheff entered the office shared by James Schuh and Mary Thallman and began to tell them that he had seen the police report concerning his brother's arrest for rape. Mark Scheff said the report noted his brother had put his finger in the woman's vagina and left it there for about one minute. James Schuh and Mary Thallman both state that Mark Scheff went on to say I don't know about you, but when I stick my finger in my woman I tend to stroke her.

Mr. Scheff's conduct is unacceptable, unprofessional, and will not be tolerated. Due to the severity of these charges, the discipline imposed is warranted and issued for cause. Further instances of this nature will result in discipline up to and including discharge.



EXHIBIT
RIF
2
7/12/03   820