E-FILED
Tuesday, 03 January, 2006 12:20:08 PM
Clerk, U.S. District Court, ILCD

# POSITION STATEMENT

Let's start at the beginning of this fiasco. Two things occurred on October 13, 2000. First, I entered Jim Schuh and Mary Thallman's shared office and asked a sensitive question that would elicit an opinion to a documented statement, which I myself found to be impossible. Mary Thallman took exception to the question, but has never notified me of that concern. I have known these individuals for more than ten years and have been to their houses on numerous occasions. Mary said nothing to me and hasn't since. She then went to Velva Fletcher who notified her that Deborah Sullins had a friend at OIG and Debbie could get in touch with her. This occurred and Mary gave a statement at around 2:00 p.m. on 10-13-00.

Secondly, at 1:00 p.m. on 10-13-00 I received a call from Libby Miller at Department of Human Rights. She is an investigator and asked numerous questions about Edward Maddox and BCHS. We talked at length and I told her that I felt I didn't have to defend the truth but I felt that some of the things I said would result in retaliation from BCHS personnel.

During the second and third weeks of October 2000 the interviews of my co-workers and myself occurred at OIG offices. Laura Whetstone (Deb Sullins' partner) conducted a number of the interviews and should have removed herself from the investigation due to a conflict of interest knowing Deb Sullins would also be investigated. This did not happen until late in the investigation.

The charges against me were as follows: Sexual Harassment, conduct unbecoming a state employee, discourteous treatment of a co-worker. After 14 plus interviews, hundreds of hours of investigation and employee time, and thousands of dollars wasted the charge of sexual harassment was dropped. I was not notified of the reason and only realized this at the pre-disciplinary hearing. I was never notified of whom I was discourteous to or the conduct I breached. I received a five-day suspension without pay. I feel Ms. Sullins was not happy with this outcome. I am unsure whether this was Sullins' action on her own or for other people. I have included her statements from 10-16-00 and an addendum dated 10-19-00. These are full of lies which can't be substanciated (only partially by people she recruited) See Exhibit 1 & 2. Sullins herself fabricated all sexual terms attributed to me. I have not spoken to Mary Thallman or Deborah Sullins since 10-13-00. This is verified by Exhibit #3, by Jodie Edmonds, PSA, Exhibit #4 by Lenna DeGroot and Exhibit #5 by Marvin Ross.

I truly believe the real story follows my cooperation with the Department of Human Rights. This complaint by Edward Maddox was founded by Human Rights to be founded and substantial evidence was noted for his gender based and age based discrimination. The truth finally was told but the retaliation had already began, and the Mary Thallman case was just the beginning. It seems as though Deb Sullins was the coach because she knew that to report it to her direct supervisor, Jodie Edmonds, there would be no validity found and the problem would be resolved at that level. Instead, she (and/or other conspirators) wanted me terminated, so the best way was to by-pass the chain of command and go straight to her loving partner, Laura Whetstone at OIG. Laura Whetstone planted words and thoughts in my co-workers minds through intimidation and coercion.

EXHIBIT
PIf
4
7-12-05  RG

000221

In 18 years with Illinois Government I have never had a disciplinary action taken against me until now. There has never been a sexual or otherwise harassment complaint against me until now. I believe this was done as a means of totally discrediting my testimony and me with Edward Maddox. Here is an interesting timeline:

| | |
|---|---|
| 10/13/00 | 8:15 a.m. 1 question asked, 1 response stated. Opinion requested |
| | 8:30 a.m. Sullins left message for OIG, Whetstone for Thallman |
| | 1:00 p.m. talking to Libby Miller, Human Rights |
| | 1:58 p.m. Whetstone interviewed Thallman |
| | 3:00 p.m. Human Rights interview completed |
| | |
| 10/16/00 | Interviews commence by OIG |
| 10/24/00 | Final interview with OIG by Mark Scheff |
| 10/27/00 | Investigation completed by OIG |
| 11/01/00 | IDPA personnel received OIG findings |
| 01/21/01 | IDPA received Human Rights decision from testimony in Ed Maddox complaint |
| 01/25/01 | Pre-disciplinary hearing, 4 days after Maddox report |
| 01/31/01 | Response to pre-disciplinary given |
| 02/15/01 | Notified of 5 day suspension beginning 02-18-01 |
| 02/18/01 | Suspension begins |
| 02/23/01 | Return from suspension |
| 02/27/01 | Sullins files sexual harassment and harassment complaint with Department of Human Rights |
| 03/09/01 | Receive via certified mail from DHR |

Now comes Sullins with her fabrication of sexual harassment and Harassment. There is no validation to any of her statements except she is female. Another round of probably 13 plus interviews, hundreds of wasted employment hours and thousands of dollars are being wasted again so Sullins can hopefully get her preferred result. The unfair suspension and monetary loss was not enough to satisfy Sullins. She or somebody wants me erased one way or another through obviously illegal means. Ms. Sullins reports as though through the last 10 years I have known her we had numerous communications. This is not the case. I have spoken maybe 250 words to her in this time and most were salutations. I don't even know her, where she lives, what she drives or even care.

In conclusion I feel all three cases: Mr. Maddox, Human Rights Complaint, Mary Thallman, and Sullins complaint all have common bonds and links that show my civil rights have been trampled along with numerous other men, not only in BCHS but IDPA as a whole.

Sincerely,

Mark Scheff

04-30-01

000229