My Attorney, Carol Hansen Posegate needs the name, address, telephone number and position title for my defense in a federal investigation. Your name has been provided on my witness list. Please complete:

Name: Jodie Edmonds
Address: 2205 Burgess Dr., Spfld, IL 62707
tele (H)   787-4818
     (w)   524-7195
Title: Public Service Administrator

Thank You
Mark T. Schoff



EXHIBIT
PIPIS
5
7-12-05        520

000315