My Attorney, Carol Hansen Posegate needs the Name, Address, telephone Number And position title for my defense in A federal Investigation. Your Name has been provided on my witness list. Please complete:

Name: Lenra DeGroat
Address: 5440 S Williamsvill RO Sherman Il 62684
tele (H) 629-9516   UL
    (w) 524-7195
Title: Exec II

Thank you
Mark T. Schotl

EXHIBIT
PI's
6
7.12-05   RO

000317