3:04-cv-03039-JES-BGC   # 21-23   Page 1 of 1
E-FILED
Tuesday, 03 January, 2006  12:20:47 PM
Clerk, U.S. District Court, ILCD

# BUR/COMPREHENSIVE HEALTH SVCS (29-400)

### BILLING & PAYMENT
### FEBRUARY 16, 2001



SR PUBLIC SER ADM (OPT.1)
STEVEN BRADLEY
40070-33-29-000-00-61   *

BILLING & PAYMENT

SR PUBLIC SER ADM (OPT.1)
CHERYL BECKNER  *WF**
40070-33-29-400-00-61   *

UNIVERSAL BILLING

PUBLIC SERV ADMIN (OPT.6)
JODIE EDMONDS  *WF* *40*
37015-33-29-410-00-61   *

NIPS BILLING

SR PUBLIC SER ADM (OPT.1)
KAREN DANIELS  *WF*
40070-33-29-420-00-61
(SEE CHART 29-420)

OFFICE COORDINATOR (2)
STEPHANIE RAY
30025-33-29-410-10-61

EXECUTIVE II
DEBORAH SULLINS  *WF* *43*
13852-33-29-410-20-61

HOSPITAL/HOSPICE/RENAL/
HEMOPHILIA/SEXUAL ASSUALT

EXECUTIVE II
MARVIN ROSS  *W/H* *39*
13852-33-29-411-00-61

HOSPITAL/HOSPICE/RENAL/
HEMOPHILIA/SAET/ASTC SVCS

EXECUTIVE II
LENNA DEGROOT  *WF* *47*
13852-33-29-412-00-61

MEDICAL ASST CONSLT II
PAMELA DUFOUR  *WF* *44*
PATRICIA LUTTRELL *WF* *44*
KEVIN MAYER *WM* *36*
MICHAEL SANDIDGE *WM* *54*
MARK SCHEFF  *WM*  *46*
26502-33-29-411-20-61

MEDICAL ASST CONSLT II
VELVA FLETCHER  *WF* → *left FM 3-9-01 for other state pos*
JOSEPH ROBERTS *WM* *42*     *promotion*
JAMES SCHUH  *WM*  *38*
26502-33-29-412-20-61

*Mary Strautman → took promotion to BUR to MAC*
*WF* *43*                    *from MAC II eff*
                             *1-26-01*

29-400.OPX

*RUTAN EXEMPT

*[handwritten notes, illegible]*
*eff 3-??-01*

*Sur. Bingert. MAC III*
*WF*



EXHIBIT
PIPS
7

000338