EXHIBIT

PIPS
10

7·12·05    RO



*EXHIBIT K*

**From:**     Steve Bradley
**To:**       Derrick Moscardelli
**Date:**     10/19/00 4:31PM
**Subject:**  Mark Scheff

Rick

At 1320, I called Mark into my office. I asked him if he was aware of the Department's sexual harassment policy. He stated he was. I then began by telling him that there is an investigation under way, which I thought he was probably aware of. He stated he knew something was going on because everyone was treating him as if he had leprosy. He asked if he was the focus of the investigation, which I informed him I was not a liberty to discuss. I told him that effective immediately, if he is engaging in any activity of an unprofessional nature, including comments of sexual nature, this is to cease immediately.

I also told him I was aware that on the evening of October 18, 2000, that he attempted to contact Mary Thallman. I told him that effective immediately he is to have no contact with Ms. Thallman, either at home or in the workplace, until further notice. I gave him copies of the Department's policies regarding Internal Affairs investigations, as well as the Department's sexual harassment policies and asked that he please review these policies and fully comply. Additionally, I informed him he was not to discuss the investigation with anyone.

I then gave him written directives (copy attached). He asked if he could explain why he called Ms. Thallman. He stated that a mutual friend had broken her leg and she had flowers that needed to be removed. Mark stated he called Mary to get the phone number of the friend.

He also stated he left Mary a message on her chair this morning at 8:30 or so with the same request (for the friend's phone number). He asked that I retrieve that note from Mary's chair so he would not violate my directive. At 1325, I removed the note from Mary's office, made a copy, and gave it to him. I have a copy of that note if you need it. It does state he is looking for the friend's phone number, not much else.

The meeting concluded at approximately 1340 and as Scheff was leaving, he said (I'm paraphrasing) that it is a shame that people can make frivolous accusations and the accused can do nothing about it. He said that once this was over, he would have his retribution. I asked him to close the door at which time I informed him that comment was not appropriate and comments of this type would not be tolerated. I stated the reason we knew about the call was that Mary was afraid, and for you to make a statement like that, substantiates or justifies her fears. He stated Mary has no reason to fear him and that the term retribution, in the context he was using it, was not meant to be threat of physical harm. Rather his retribution would be through legal system. I told him I was sure he understood his legal rights. I again reiterated the directive that he is to have no contact with Mary...period. He stated when it comes time for his "turn" at IA, "you can be damn sure I'll have the union rep with me." I again stated I was sure he was aware of his legal rights. He left my office at approximately 1345.

At approximately 2:00, I talked to Mary in my office. I asked what I could do to make her more comfortable and secure in the workplace. I asked if she would feel better if there was another person in the office with her. She stated at this point, she would be okay, especially in light of the fact I gave Scheff a directive not to have any contact with her. Mary said she saw Mark's note when she returned to the office after the IA interview this morning. She was relieved that she did not have to respond to it and that I took care of it.

I reiterated the fact that under no circumstances should you have any contact with Scheff. I asked that she contact me immediately if there was any contact. I think she was comfortable with the fact I gave Scheff the directive and I offered to do what I could to accommodate her needs. She declined any assistance at this time. I told her as she left my office to contact me immediately if she has any concerns or questions relating to this issue or any others.

I'm sure Scheff will produce the note as backup for the call to her on the 18th.

If you need anything or additional information, please let me know.

tx
sjb


CC:       Steve Bradley

000335