EXHIBIT J

**From:** Steve Bradley
**To:** Mark Scheff
**Date:** 3/28/01 9:27AM
**Subject:** Notice

Mark-
It has come to my attention that you have recently been on the 1st floor, east side of the Bloom Building. According to persons in that area, this is highly unusual. I've heard this from several different people.

This is to advise you that under no circumstances are you to be on the east side of the Bloom Building, 1st floor until further notice. If there are persons there you wish to see, please make arrangements, via telephone to meet in a place other than the east side of the first floor. Breaks are to be taken either in the breadroot, outside or at your desk. You have no official business on that floor, that side of the building.

I trust I'm making myself clear on this. If you have any questions about this directive, please see Jodie, Cheryl or myself.

sjb

CC: Carole Luttrell; cb; Derrick Moscardelli; Janice Johnson; Jodie Edmonds; Roni Kaluza; Steve Bradley



EXHIBIT
PF's
13
7.12.05 R0