*EXHIBIT H*

**From:**     Deborah Sullins
**To:**          Steve Bradley
**Date:**      3/13/01 12:45PM
**Subject:**  Transfer

Steve,

I would like to request a transfer to another supervisor due to the problems that seem to continue to be on going.  My attempts to try to improve the situation are only seen as backlashes or "blow up" sessions.  Resulting in continued discourteous treatment by my supervisor.

Would you transfer me and this program to Cindy Cox?  Or would it be possible to give me MOAI that is open under Alberta Levan?

I have been and am currently applying for positions as they are posted as I see no future here or in this unit based on the occurances of the last few months and the last few days especially.

All of this is taking a toll on my emotional, mental and physical health resulting in loss time, medicine and reoccurring visits to the doctor and the therapist.  It is not only my wish to leave the unit but on the advice of my doctor and therapist that I am requesting this.

I would appreciate a response in this matter.

Thank You,
Debbie


CC:          Cheryl Beckner;  Deborah Sullins;  Jodie Edmonds



EXHIBIT
A+S
14
7/12/05          120