Exhibit #3

3/13/01

Once the Internal Affairs investigation began, Mark Scheff did not have any contact whatsoever with Deborah Sullins.

I also would like to state that Deborah Sullins never reported to myself or Glenna Digroot any sexual harassment towards her by Mark Scheff or anyone else.

Jodie Edmonds
Public Service Administrator
Dept. of Public Aid.



EXHIBIT 2A9
19
7-13-05