E-FILED
Tuesday, 03 January, 2006 12:23:26 PM
Clerk, U.S. District Court, ILCD

# OFFICE OF INSPECTOR GENERAL
## BUREAU OF INTERNAL AFFAIRS

### INTERVIEW SHEET

#### EMPLOYEE



| CASE NUMBER:<br>01-172-MO | SUBJECT'S NAME:<br>Mark T. Scheff et al | DIVISION:<br>Medical Programs | LOCATION:<br>Sangamon County |
|---|---|---|---|
| INVESTIGATOR:<br>Loren Larsen | NATURE OF INCIDENT:<br>1. Discourteous Treatment of Co-workers<br>2. Release of Confidential Information<br>3. Intimidation | | DATE OF REPORT:<br>June 28, 2001 |

NAME:  Velva A. Fletcher          SSN:  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

Velva A. Fletcher is a white female, 47 years old (DOB: 10-12-53), and who is employed by the Illinois Department of Human Services as a Development Specialist assigned to the 8:00 a.m. to 4:30 p.m. shift.  Her regular days off are Saturday and Sunday.

Investigator Loren Larsen interviewed Velva A. Fletcher at 11:55 a.m. on May 2, 2001, at the Bureau of Internal Affairs, 3201 Pleasant Run, Suite C, Springfield, Illinois.

I asked Fletcher if she was aware of Mark Scheff being discourteous to Debbie Sullins.  Her answer was he has always acted that in a discourteous manner and she believed him (Scheff) to be loud and abrasive. She felt he would not carry out any threats to do bodily harm to anyone, that this is the way he always has been for the eight years she has worked with him.

I asked Fletcher if she ever witness any harassment in the last three months and she thought Scheff had slowed down some because of his last suspension.  I also asked if Fletcher had any first person knowledge of any co-worker being scared of Scheff and she replied "no."

I asked Fletcher about Scheff confronting her around 8:45 a.m. March 16, 2001, to tell her that everyone who was a witness in his prior investigation had better get a copy of their written statement and their stories had better not change, because he had copies of all the statements against him from co-workers.  This appeared to be a threat from Scheff that he was going to sue and that she (Fletcher) needed an attorney.  Fletcher stated she talked to her husband about suing Scheff for harassment that evening, but her husband advised her not to contact an attorney.  This also was an intimidation ploy by Scheff's harassment of Fletcher from December 2000 to January 2001 because she was a witness for a sexual harassment case.  Fletcher has since transferred to another unit and has no contact with Mark Scheff.  She did say she always tried to avoid Scheff, because of the way he talks, but she took smoke breaks in the same break room as Scheff and other co-workers.

Fletcher told me that she wanted him to stop bothering her and leave her alone. Her recent transfer was not only a promotion, but her new assignment takes her out of the office setting and into the field

000124

covering 13 counties and away from Scheff, who she believes will never change unless the Department of Public Aid does something with him. Fletcher was a Medical Assistance Consultant II until she was promoted and transferred April 1, 2001 to another unit.

Fletcher did not request the presence of a union representative, witness, or a copy of the interview.

Fletcher provided a written statement and the interview concluded at 12:15 p.m.

Addendum:

I re-interviewed Fletcher at 9:00 a.m. on June 25, 2001, at the Bureau of Internal Affairs. Fletcher stated that on March 16, 2001, Scheff confronted her and told her that everyone that made a statement to Internal Affairs concerning the Mary Thallman case would be smart if they had a copy of their statement, so they would know what they said. He stated he had a lawyer and he could sue five co-workers, so they wouldn't want to trip up on their statements.

Fletcher provided a written statement and left Internal Affairs at 9:06 a.m.