FILED
Tuesday, 03 January, 2006  12:25:19 PM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| **From:** | Raven Knighten |
| **To:** | Moscardelli, Derrick; Whetstone, Laura |
| **Date:** | 10/16/00 9:38AM |
| **Subject:** | Re: Sexual Harassment Allegation |

No questions at this point. Will wait for Laura's report. Thanks.

>>> Derrick Moscardelli 10/13/00 05:06PM >>>
Laura,

Please handle as your first priority. Thank you.

Debby/Raven: Please see below details of a sexual harassment/discourteous treatment complaint ISI 2 Laura Whestone took today. Please let me know if either of you or Janice have any questions. We have assigned this matter under I/A case # 01-073-MO.

>>> Laura Whetstone 10/13/00 04:52PM >>>
On October 13, 2000, I was made aware of a sexual harassment complaint from Medical Assistant Consultant (MAC) II Mary L. Thallman. During the course of conversation with Thallman she advised of several instances where MAC II Mark T. Scheff has made inappropriate and/or comments of a sexual nature.

\* October 13, 2000, 8:15 a.m.- 8:30 a.m. Scheff entered her office, which she shares with MAC II James Schuh, and Schuh was present. Unsolicited, Scheff told Thallman and Schuh about his (Scheff) brother, who had been arrested for (alleged) criminal sexual assault. Scheff said he read the female victim's statement and described in great detail what the victim wrote in her statement. Comments included, "he stuck his penis/finger in her and left it for about one minute." Scheff told Schuh, when he (Scheff) sticks his "penis/finger in his old lady I don't let it lay there for a minute. I immediately start stroking her with it."

\* Thallman, after the comments were made, shared with MAC II Debbie Sullins of Scheff's comments. Sullins said Scheff told her (Sullins) the only reason why she got her promotion was because she had a vagina and not a penis.

\* October 13, 2000, during the lunch hour Scheff sat at a table, as she was alone and repeated the same story content. She told him she had already heard it, but he continued and added information that the police were suppose to swab his brother's fingers for vaginal fluid, but they forgot.

\* October 2, 2000 she and others (Lenna De Groot, Marvin Ross, Jody Edmonds, Pam LNU, Schuh, Joe LNU, Mike Standidge, Velva Fletcher and Marina LNU) were called into Ross' office for a meeting concerning P.K. Luttrell's husband committing suicide the night before. Scheff's first comment was "where did he have the gun? Did he swallow it or aim between the eyes?" He proceeded to explain different scenarios on how the bullet might have taken its course and depending on how much damage it (bullet) did if they would be able to "show him." She left as he was still talking and she believed she commented, "I've heard enough of this shit."

Several days later, **via Schuh**, he (Schuh) heard Scheff was heard in the break room, on the first floor, that in **his (Scheff) opinion** Luttrell killed her husband. Scheff also commented after attending the visitation, telling his girlfriend (Elaine) Luttrell did not look like a grieving widow to him.

\* October 10, 2000 while in a short staff meeting, in Marvin Ross' office, along with Groot, Joe Roberts, Standidge, Edmonds, Scheff and she. Scheff walked in and proceeded to tell everyone that over the weekend he had a septic repair man come out to "suck" out his septic tank. The repair man asked if a


EXHIBIT
32
8-26-5  TC

001719

woman lived with him, he confirmed same and asked why. Scheff paused for an extended time and continued with the repair man said he could tell because of the amount of toilet paper in the tank as females use more toilet paper than men. **Thallman said she thought Scheff was going make a comment about feminine Hagen products in the tank.**

* October 12, 2000 Scheff made a derogatory comment about Ross' sexual orientation. Scheff came into her office and commented he thought the reason why Ross could not come into work that day, since the day before was Ross' birthday, because Ross " **probably got too much beef in the rear."** Thallman interpreted that comment as sexual in nature as it dealt with sexual activity (penis/rectal). She was offended and outraged by the comment.

* Summer of 2000, Scheff constantly told her and anyone else who was in the area, on numerous occasions, how he **carved one of his trees into the shape of a penis** and his neighbors did not like it.

* There were many other incidents which occurred almost daily she could not recall at the time. Most who worked around Scheff have pretty much learned to tune him out as much as they can.

Do you want me to handle this case, if a priority, before the priority Chicago case with Larry?

CC:        Davis, Debby;  Janice Johnson;  Keiler, Paul;  Miller, Robb;  Tranquilli, Terrance

001721

# ILLINOIS DEPARTMENT OF PUBLIC AID

Office of Inspector General
Bureau of Internal Affairs
2040 Timberbrooke Drive
Springfield, Illinois 62702
(217) 782-1516

## REFERRAL OF ALLEGED EMPLOYEE MISCONDUCT

SUBJECT'S NAME: __Mark T. Scheff__

SUBJECT'S TITLE: __Medical Assistant Consultant II__

SUBJECT'S OFFICE LOCATION: __Bloom Building__

SUMMARY OF COMPLAINT:

Medical Assistant Consultant (MAC) II Mary Thallman reported that on October 13, 2000 MAC II Mark T. Scheff made a comment in her (and MAC II James Schuh) office which was sexual in nature. Thallman said this was not the first time Scheff has made sexual comments in the work place and noted she was tired of it. Thallman relayed Scheff has, in the past three months, made a sexual comment about a gay male supervisor, complained only females (vaginas) got promoted and not males (penis). Scheff staff of a tree he landscaped, in his yard, which resembled a penis, made derogatory comments about a co-workers recent loss of her husband to suicide and talked about his septic tank getting serviced. Thallman noted her complaints/concerns in writing at my request (see attached).

(Attach Additional Sheets, If Needed)

WHERE DID THIS HAPPEN? __Bloom Building__

WHEN DID THIS HAPPEN? __October 13, 2000, 8:15a-8:30a__

WHO ELSE KNOWS THIS? __NA__

Have you reported this to anyone else? Who? __NA__

Complainant's Name: __Mary Thallman__

Complainant's Address: __Bloom Building__

Telephone Number: __2-5565__         Taken By: __Laura R. Whetstone__

Date: __October 13, 2000, 1:58p__

Telephone Number: __(  ) 4-8594__

DPA 3103 (R-6-97)

10/16/00

001722

| | |
|---|---|
| From: | Derrick Moscardelli |
| To: | Laura Whetstone |
| Date: | 10/16/00 9:13AM |
| Subject: | Re: 01-073-MO |

Laura,

Any reason you feel that you need or should be recuse overall from this case or just from Ms Sullins interview?  Please discuss with Terry and then you two get back to me.  Thanks!

>>> Laura Whetstone 10/16/00 08:53AM >>>
Debbie Sullins was named as a source of information and a victim in this case.  I have a familiar relationship with Sullins and will not be conducting her interview.  I will, however, develop the necessary questions for the interview.

CC:          Terrance Tranquilli

001720