**From:** Raven Knighten
**To:** Whetstone, Laura
**Date:** 10/17/00 10:19AM
**Subject:** Re: Sexual Harassment Allegation

If not d/c certainly stringent discipline. More information is needed before a recommendation is made to Labor Relations. Has he had SH training? Has he had previous counseling or discipline for innapropriate behavior. Other personnel rules could apply here also. **I'll ask Jan by way of this E-Mail if she has a record of any previous complaints involving the accused.**
>>> Laura Whetstone 10/16/00 05:26PM >>>
I interviewed four employees and three basically back up the information either directly or indirectly as to what Scheff hasd said. One of the four is Scheff's immediate supervisor and he is clueless basically about the behavior. A fifth employee interview was conducted by another investigator and that employee basically supported the information as well. There seems to be, thus far, two people who are "concerned" about Scheff perhaps retaliating and I believe they mean from a physical view.

I have at least six interviews tomorrow, off site and I am certain I will get the same results. Apparently, this has been going on for sometime and no one, until now, has reported the behavior. Do you think these, from a sexual harassment stand point, merit termination?

I will keep you updated as it becomes available. Any suggestions will be gladly appreciated.

>>> Raven Knighten 10/16/00 09:38AM >>>

No questions at this point. Will wait for Laura's report. Thanks.

>>> Derrick Moscardelli 10/13/00 05:06PM >>>
Laura,

Please handle as your first priority. Thank you.

Debby/Raven: Please see below details of a sexual harassment/discourteous treatment complaint ISI 2 Laura Whestone took today. Please let me know if either of you or Janice have any questions. We have assigned this matter under I/A case # 01-073-MO.

>>> Laura Whetstone 10/13/00 04:52PM >>>
On October 13, 2000, I was made aware of a sexual harassment complaint from Medical Assistant Consultant (MAC) II Mary L. Thallman. During the course of conversation with Thallman she advised of several instances where MAC II Mark T. Scheff has made inappropriate and/or comments of a sexual nature.

*   October 13, 2000, 8:15 a.m.- 8:30 a.m. Scheff entered her office, which she shares with MAC II James Schuh, and Schuh was present. Unsolicited, Scheff told Thallman and Schuh about his (Scheff) brother, who had been arrested for (alleged) criminal sexual assault. Scheff said he read the female victim's statement and described in great detail what the victim wrote in her statement. Comments included, "he stuck his penis/finger in her and left it for about one minute." **Scheff told Schuh, when he (Scheff) sticks his "penis/finger in his old lady I don't let it lay there for a minute. I immediately start stroking her with it."**

*   Thallman, after the comments were made, shared with MAC II Debbie Sullins of Scheff's comments. Sullins said Scheff told her (Sullins) the only reason why she got her promotion was because she had a vagina and not a penis.

*   October 13, 2000, during the lunch hour Scheff sat at a table, as she was alone and repeated the same story content. She told him she had already heard it, but he continued and added information that the police were suppose to swab his brother's fingers for vaginal fluid, but they forgot.



EXHIBIT
39
8-26-5      TG

* October 2, 2000 she and others (Lenna De Groot, Marvin Ross, Jody Edmonds, Pam LNU, Schuh, Joe LNU, Mike Standidge, Velva Fletcher and Marina LNU) were called into Ross' office for a meeting concerning P.K. Luttrell's husband committing suicide the night before.  Scheff's first comment was **"where did he have the gun?  Did he swallow it or aim between the eyes?"**  He proceeded to **explain different scenarios on how the bullet might have taken its course and depending on how much damage it (bullet) did if they would be able to "show him."**  She left as he was still talking and she believed she commented, "I've heard enough of this shit."

Several days later, **via Schuh**, he (Schuh) heard Scheff was heard in the break room, on the first floor, that in **his (Scheff) opinion Luttrell killed her husband.**  Scheff also commented after attending the visitation, telling his girlfriend (Elaine) **Luttrell did not look like a grieving widow to him.**

* October 10, 2000 while in a short staff meeting, in Marvin Ross' office, along with Groot, Joe Roberts, Standidge, Edmonds, Scheff and she.  Scheff walked in and proceeded to tell everyone that over the weekend he had a septic repair man come out to **"suck"** out his septic tank.  The repair man asked if a woman lived with him, he confirmed same and asked why.  Scheff paused for an extended time and continued with the repair man said he could tell because of the amount of toilet paper in the tank as females use more toilet paper than men.  **Thallman said she thought Scheff was going make a comment about feminine Hagen products in the tank.**

* October 12, 2000 Scheff made a derogatory comment about Ross' sexual orientation. Scheff came into her office and commented he thought the reason why Ross could not come into work that day, since the day before was Ross' birthday, because Ross **" probably got too much beef in the rear."**  Thallman interpreted that comment as sexual in nature as it dealt with sexual activity (penis/rectal).  She was offended and outraged by the comment.

* Summer of 2000, Scheff constantly told her and anyone else who was in the area, on  numerous occasions, how he **carved one of his trees into the shape of a penis** and his neighbors did not like it.

* There were many other incidents which occurred almost daily she could not recall at the time.  Most who worked around Scheff have pretty much learned to tune him out as much as they can.

Do you want me to handle this case, if a priority, before the priority Chicago case with Larry?


**CC:**            Janice Johnson