E-FILED
Tuesday, 03 January, 2006  12:29:06 PM
Clerk, U.S. District Court, ILCD

# ADMINISTRATION
# MANUAL

# ILLINOIS DEPARTMENT OF PUBLIC AID



EXHIBIT

PIf's

8

7/12/05  RO

00026

CONDITIONS OF EMPLOYMENT (continued)

245.15   Sexual Harassment

It is the right of every employee to work in an atmosphere
free of sexual harassment.  It is the Department's goal to
ensure that right.

Sexual harassment by any employee (including managers and
supervisors), contractors, clients or others will not be
tolerated or condoned.

==o a.   Definition of Sexual Harassment

Sexual harassment is any unwelcome sexual advance or
request for sexual favors or any conduct of a sexual
nature when:

. submission to such conduct is made explicitly or
  implicitly a term or condition of an individual's
  employment, or

. submission to or rejection of such conduct by an
  individual is used as the basis for employment
  decisions affecting the individual, or

. such conduct has the purpose or effect of
  substantially interfering with an individual's work
  performance or creating an intimidating, hostile or
  offensive working environment.

Other conduct commonly considered to be sexual harassment
includes:

. Verbal:  Sexual innuendos, suggestive comments,
  insults, humor and jokes about sex, anatomy--or
  gender-specific traits, sexual propositions,
  threats, repeated requests for dates, or statements
  about other employees, even outside of their
  presence, of a sexual nature.

. Non-Verbal:  Suggestive or insulting sounds
  (whistling), leering, obscene gestures, sexually
  suggestive bodily gestures, "catcalls", "smacking"
  or "kissing" noises.

. Visual:  Posters, signs, pin-ups or slogans of a
  sexual nature.

. Physical:  Unwelcome touching, hugging or kissing,
  pinching, brushing the body, coerced sexual
  intercourse, or actual assault.

CONDITIONS OF EMPLOYMENT (continued)

Sexual harassment can involve a man harassing a woman, a woman harassing a man or harassment between members of the same sex.

==o b. Responsibility of Individual Employees

Each individual employee has the responsibility to refrain from sexual harassment in the work place. An employee who sexually harasses a fellow worker is liable for their individual conduct. The harassing employee is subject to disciplinary action up to and including discharge in accordance with departmental policy or a bargaining agreement, as appropriate.

Employees who have observed a situation that could be construed as sexual harassment are required to notify the EEO office or BOIA immediately. They may also notify their immediate supervisor.

== c. Responsibility of Supervisory Personnel

Each supervisor is responsible for maintaining the work place free of sexual harassment. This is accomplished by promoting a professional environment and by dealing with sexual harassment as with all other forms of employee misconduct.

Organizations as well as supervisors can be held liable for damages related to sexual harassment by a manager, supervisor, employee, or third party (an individual who is not an employee but does business with an organization, such as a contractor, customer, sales representative, or repair person). Liability is based on:

. an organization's responsibility to maintain a certain level of order and discipline, or

. the supervisor acting as an agent of the organization.

Supervisors must act quickly and responsibly to minimize their own liability and that of the agency.

A supervisor must:

. address an observed incident of sexual harassment or a complaint with seriousness,

. take prompt action to investigate and document it,

3:04-cv-03039-JES-BGC   # 21-36   Page 4 of 4

CONDITIONS OF EMPLOYMENT (continued)

- Contact with Supervisory Personnel. At the same
time direct communication is undertaken, or in the
event the employee feels threatened or intimidated
by the situation, the problem must be promptly
reported to the immediate supervisor or the EEO
Officer. If the harasser is the immediate
supervisor, report the problem to the next level of
supervision, the EEO Officer or the Bureau of
Internal Affairs (BOIA).

- Formal Written Complaint. An employee may also
report incidents of sexual harassment directly to
the EEO Officer. The EEO Officer counsels the
reporting employee and may assist with filing a
formal complaint. The Department fully investigates
the complaint and advises the complainant and the
alleged harasser of the results of the investigation.

- Resolution Outside Department. It is hoped that
most sexual harassment complaints and incidents can
be resolved within the Department. An employee has
the right to contact the Illinois Department of
Human Rights (IDHR) or the Equal Employment
Opportunity Commission (EEOC) about filing a formal
complaint. An IDHR complaint must be filed within
180 days of the alleged incident(s) unless it is a
continuing offense. A complaint with the EEOC must
be filed within 300 days.

Employees who believe that retaliatory action was taken
against them after filing a complaint with IDHR or EEOC
may file a retaliation charge. The charge must be filed
within 180 days (IDHR) or 300 days (EEOC) of the alleged
retaliation.

An employee physically harassed or threatened while on
the job may also have grounds for criminal charges of
assault and battery.

==o e.   False and Frivolous Complaints

False and frivolous charges refer to cases where the
accuser is using a sexual harassment complaint to
accomplish some end other than stopping sexual
harassment. It does not refer to charges made in good
faith that cannot be proven. Given the seriousness of
the consequences for the accused, a false and frivolous
charge is a severe offense that can itself result in
appropriate disciplinary action.

4-28-93                                    PO-245(13)