E-FILED
Tuesday, 03 January, 2006 12:29:30 PM
Clerk, U.S. District Court, ILCD

# OFFICE OF INSPECTOR GENERAL
## BUREAU OF INTERNAL AFFAIRS

### INTERVIEW SHEET

#### EMPLOYEE

| CASE NUMBER:<br>01-073-MO | SUBJECT'S NAME:<br>Mark T. Scheff | DIVISION:<br>Medical Programs | LOCATION:<br>Sangamon County |
|---|---|---|---|
| INVESTIGATOR:<br>Terrance Tranquilli | NATURE OF INCIDENT:<br>1. Discourteous Treatment of Co-workers<br>2. Sexual Harassment<br>3. Conduct Unbecoming a State Employee | | DATE OF REPORT:<br>October 27, 2000 |

NAME: Judith M. Stephenson                SSN: 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

Judith M. Stephenson is a white female, 51 years old (DOB: 04/20/49) and who is employed by the Illinois Department of Public Aid as a Social Service Program Planner since January 1999 assigned to the 8:00 a.m. to 4:30 p.m. shift. Her regular days off are Saturday and Sunday.

Stephenson was interviewed by Investigator Laura R. Whetstone at 2:30 p.m. on October 17, 2000 at the Bloom Building, 201 South Grand Avenue East, Springfield, Illinois.

Judith M. Stephenson worked with Mark T. Scheff for the first time in late 1989 and early 1999 at the Logan County Local Office, Lincoln, Illinois. She shared an office with Scheff for approximately one and one half years when she worked in the Bloom Building approximately two and half years ago. At the Bloom Building, there were times when she heard Scheff's telephone conversations which had sexual overtones. Stephenson tuned these conversations out because that was just Scheff. If the conversations became bothersome to her she would get up and leave. On one occasion, Scheff was talking to a hospital (provider) in Vincennes, Indiana. He had talked to this provider numerous times before about the same routine billing issues. On the particular day Scheff spoke with the provider, he made the statement that they (provider) were not learning (and) that he had a dog at home he could train by repeating the same thing over and over.

She recalled either Scheff or a co-worker talked about taking long trips with a female companion to take care of him; she assumed "take care of" was sexually.

Stephenson did not request the presence of a union representative or witness during the interview.

Stephenson provided a written statement and the interview concluded at 3:23 p.m.



Page 1 of 1 Page                Attachment

001623

# Illinois Department of Public Aid
## Office of Inspector General
### Bureau of Internal Affairs

## WRITTEN STATEMENT

DATE: 10/17/00    TIME: 2:52p   PLACE: BLOOM BLDG.

I am JUDITH M. STEPHENSON and my current work address is:

1001 N. WALNUT. My job title is: ~~FILE~~ SSPI #3 85

I understand, as a condition of my employment, I am required to cooperate with any internal investigation. Providing a written statement is part of that cooperation.

## STATEMENT

X  I was heed with Mark Schott the first
time in late 1989 and early 99 in
Logan County (Public Aid Office, Lincoln
Illinois.) I worked with and
shared an office with Mark for
approximately 1½ years while at the
Bloom Building approximately 2½ years
ago. During that time, at times
phone conversations were heard    X

_____   _____
Investigator                Signature of Person Making Statement

                            3:23
_____   _____
Witness                     Time Completed

Page 1 of 2 Page(s)        Attachment _____

                                    001624

DPA 3108 (R-1-98)                   IL478-1896

with sexual assistance. — I would tune these conversations out so that I just Mark's way. If they became bothersome to me I would get up and leave. On one instance he was talking to a hospital in Vincennes Indiana. He had talked with this hospital several times about the same routine billing issues On this day Mark made the statement that they were not learning that he had a dog at home that he could train by repeating some thing over and over. I can recall hearing this ~~this~~ ~~js~~ issues by Mark on a Co-worker about liking to ~~take~~ take ~~jany~~ any ~~trips~~ with a Female companion to take care of him; it was my assumption that this was (sexually) ~~js~~

_____                    _____
Investigator                                Judy Stephenson
                                            Signature of Person Making Statement

_____                    _____
Witness                                     3:23
                                            Time Completed

                                                        001625

Page  3  of  3  Page(s)        Attachment _____

DPA 3108A (R-1-98)

IL478-2012

# ILLINOIS DEPARTMENT OF PUBLIC AID
## OFFICE OF INSPECTOR GENERAL

## ACKNOWLEDGMENT
### DPA EMPLOYEES

I, _Judy Stephenson_ _____ acknowledge receipt of Administrative Manual Release 92.3, dated May 6, 1992, wherein it is stated under the provisions of the IDPA Administrative Manual, Conditions of Employment, PO-245.14, and the Employee Handbook, EH-210.1 (Referral of Alleged Employee Misconduct), employees are required to cooperate with any investigation conducted by the Office of the Inspector General, formerly the Division of Program Integrity. Further, I acknowledge that I have read the document and understand that I am required to answer questions fully and truthfully and that if I refuse to answer questions fully and truthfully, I may be subject to disciplinary action.

X _Judy Stephenson_ _____  _10/17/00_  _2:35_
    Signature of Person Interviewed          Date        Time

Witness _Laura Whitten_ _____  _16/17/02_  _2:35p_
            Investigator                    Date        Time

Witness _____  _____  _____
                                             Date        Time

001626

Page ____ of ____ Page(s)          Attachment _____