| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-073-MO | TYPE OF INCIDENT | PAGE NO. 1 INVESTIGATOR/ |
|---|---|---|---|---|
| DATE | TIME | ACTIVITY | | REMARKS |
| 10/13/00 | 8:46a | spoke w/ MARY THALLMAN + she confirmed a comment, of a sexual nature, made to her by another employee. I adv I'd contact her later to receive a statement. Told Thallman's supervisor — Joey EDMONDS 4-7034 + adv I'd be speaking w/ Thallman later in the morning ref's complaint. No info discussed. | | |
| 10/13/00 | 9A | adv'd BC STEVE BRADLEY of need to speak to his staff (Thallman/unknown content + I'd update him asap. | | |
| 10/13/00 | 2p | Met w/ Thallman + secured a written stmt. (att'd). | | |
| 10/13/00 | 2:50 | adv S. BRADLEY of info (SH) + we would handle as I would refer to my chain of command. Bradley suggested we ✓ SCHEFF'S computer for computer games. Bradley told Scheff 6 weeks ago to remove same from his system. | | |
| 10/13/00 | 3:16p | adv RM of complaint, copy of Thallman's written statement given to him. He provide pepper info on Scheff + Thallman. Adv of computer games on Scheff's system + he said he was not interested in it. | | |

EXHIBIT
30
8-26-5  TM

| INVESTIGATOR'S CASE LOG | | IAD NUMBER 0C-073-M0 | TYPE OF INCIDENT | PAGE NO. 2 INVESTIGATOR/ |
|---|---|---|---|---|
| DATE | TIME | ACTIVITY | | REMARKS |
| 10/3/00 | 3:15p | DJM provided Case # / with ans. sheet would forthcoming. | | |
| 10/16/00 | 927A | Schch interview [ws obtained (10:20A) (10:24) Jodi Ed_, told for 2nd int (10:25) Velva Fletcher. Int. Velva Thalman / written stmt secured. (10-24 | | |
| 10/16/00 | 1:15 | Debbie Sullins int / written stmnt secured. Int 1024 by Mike Taylor | | |
| 10/16/00 | 2:30 | Int. MIKE SANDIDGE / W.S. obtained, Adv Ken Cal, of Sandidge's concern were SCHEFF's instability in the work place. (Heart punch, donut shop, seeing someone killed takes all he has not kill someone every day. Summer works). | | |
| 10/16/00 | 3:55p | Int. MARVIN ROSS / W.S. obtained | | |
| 10/16/00 | ext 5:45p | Emailed Raven Knights ref updated int. info | | |
| 10/16/00 | ext 5:30p | Emailed MIKE TAYLOR need more "detailed" cop ref Sulley int sheet — ref whether or not she was Mirand'd. | | |
| 10/16/00 | 6:18p | Sent Cas & request for Scheff's training records. | | |
| 10/17/00 | 8:35A | Met w/ Jody Edmonds — adv. I would not be talking w/ her, but she could be talked to today (I will recuse my self from int. Edmonds as She is Sullins immediate supervisor) Adv. Edmonds I will need to int. PAM DERRICK Then JOE ROBTS. | | |

| INVESTIGATOR'S CASE LOG | IAD NUMBER 01-673-MO | TYPE OF INCIDENT | PAGE NO. 3 INVESTIGATOR/ |
|---|---|---|---|

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/17/00 | between 10:30A-1045 | Caught by Thellman 1st floor breakroom, she asked what constitutes a release of info. I asked if someone released the content of their WS and/or the content of their interview. She said that didn't apply. She said someone who was interviewed yesterday was telling about how they were afraid they'd lose their job. I said Jim Schey, she confirmed. I asked her if she felt comfortable w/ me to speak w/ Schey. She asked if I could reassure him. I said I would. Schey in DeBrooks office during the conf. (Schey was standing at the security office). Schey moved to | |
| 10/17/00 | between 1030-1045A | I saw Schey outside of the Bkroom + spoke w/ him (in the Bkroom). Reassured him he was a source of info, not the (S) of. He's concerned of closing his job - I adv. he he was a source & not the (S). | |
| 10/17/00 | 1100A | Adv. TT of computer games on SCHEFF'S system. TT said updated on the (DnFn) Officer's violation by supported success & Bkroom cry. TT said just get stmt's upload. Adv. of Jodi Ed. | |
| 10/17/00 | 11:36A | I024 tld (WS from Joe Roberts. | |
| 10/17/00 | 1:16P | Int. Shari Banget (ws obtained. Marie Watt interrupted, asking if she was needed. Banget said "no, I don't know, but if I do" I'd like I let her (Marie Watt) know. I asked Watt how she found out about Shari (Banget) MW replied I saw her walk by. asked where she was going. | |

| INVESTIGATOR'S CASE LOG | IAD NUMBER 01-073-MO | TYPE OF INCIDENT | PAGE NO. 4 INVESTIGATOR/ |
|---|---|---|---|

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/17/00 contd | 1:16p | I asked Watts again how she found out about this + Watts shrugged her shoulders, making a facial expression as if to say "I don't know". I directed Watts to "tell her I'd talk to her later" + shut the door. | |
| 10/17/00 | 1:25p | Told Steve Bradley of int + of my interest w/ Tony Nielson. The fact that I had told her, in his absence, to advise I needed to speak to BANGERT _____ for an internal affairs interview. Nielson immediately responded, "I'd like Marie there w/ her". I responded, "Marie who?" + Nielson response was "Marie Watts". I directed Nielson not to advise Bangert she could have ~~after~~ union rep present, as Bangert was a source of info + she (Bangert) is required to know her contract. I then adv. Nielson + was located on the 1st floor Big Conf. room + Nielson said she would respond. I then hung up the phone. BRADLEY said he would handle the matter (Nielson/Watts) + rest numerous x's during our brief conversat Bangert was not to be told of her need of union rep. Nielsons telephone call, which I made to her, was estimated to have occured +/a about 1:17p. | |

10/17/00 — Introduced to ann Lattig, need to speak
+@ 2:25p with Joey Stephenson (Walnut DCHS) ref 1A
investigation. Lattig contacted Stephens supps
+ directed Mem to have Stephsa next

10/17/00 — Int Judith Stephenson /W.S. secured.
2:42p

10/17/00 — Teled Jodi Edmonds (4-7034) adv. to have
3:34p — Marina Powell report for an interview.

10/17/00 — Marina Powell int /ws secured.
3:43p

Marie Watts — went through her recent hard
cards w/ contacting afscme for 1A int.
MW told someone (on floor) Shari Dangut was
called in on a 1A int. Unid. source app
Dangut.

10/17/00 — called Debby Davis adv of Marie Watts
@ 4:40 — act on behalf of unit (she has (R) to represent
4:50p — people in interview)

10/17/00 — Retd page (2-5576) Talked to T ref OSM/T
4:50p — needing statement on S. Bradly harvored concern
to Pam lecting. Concerned about WP Violence issue
admin leave is that a possibility. Updated him about
Marie Watts interruption.

10/18/00 — Contacted by Deb Sullen ref calling Pam DuToner
8:32A — ref conf. of int.

10/18/00 — Teled DuToner 4-7044 yesterday talk amongst
8:53A — staff of my familiarly w/ Deb Sullins.

10/18/00 — Teled CB Add. no one in.
8:57A

10/18/00 — Sent Email to OSM /T ref my request to be
9:15 — removed from this case. No details given —
(nt) — will discuss w/ T when he gets off telephone.
Derrick asked if Debbie Sullen was the
complaintant — I said "no".

 Illinois Department of Public Aid
## PHONE MESSAGE

To _____

Date: _____   Time _____

Name of Caller: _____

Address: _____

Telephone Number _____

| | | Returned your call | |
|---|---|---|---|
| Telephoned | | Returned your call | |
| Will call again | | Was in to see you | |
| Please return call | | Will return | |
| Would like to see you | | URGENT | |

Message:

Please Call
Jodie Edmonds
4-7034

Above message taken by

DPA 35 (R-3-95)        *Joe ...*        Signature        IL478-0728



Illinois Department of Public Aid
## PHONE MESSAGE

To _____

Date: _____   Time _____

Name of Caller: _____

Address: _____
_____

Telephone Number _____

| Telephoned | | Returned your call | |
|---|---|---|---|
| Will call again | | Was in to see you | |
| Please return call | | Will return | |
| Would like to see you | | URGENT | |

Message:

4.7122
Tony Niehur

Above message taken by _____

DPA 35 (R-3-95)                     Signature
                                    IL478-0728

| DATE | TIME | ACTIVITY | REMARKS |
|------|------|----------|---------|
| 10/18/00 | 9:50A | Meeting w/ DM/TI ref my request to be recused from this case. Adv roommate status of Sullins up 10/12/00. DM/TI informed by email Trent. DM asked if Sullins was offended or filed a complaint against Scheff. I said according to his WS it didn't appear, but in talking w/ MIKE TAYLOR this morning he indicated Sullins was offended by Scheff's remarks to his vagina-genis — "strong pissing" (unneat?) + prior to Sullins departing the int. room rh indicated she was fearful of Scheff. Advised DM/TI that I told MIKE TAYLOR he needed to have Sullins incorporat same in his WS. Jas MIKE asked if he needed to have her ammend her stmt. I said no just to add it. DM said he'd contact Debby Davis + get a decision on how to proceed. I said no problem, as I do not want to get in the way w/ any discipline which may be appropriate against Scheff. After I told DM I have problems continuing in the case, as I am + have stayed impartial throughout. DM said if I am removed its not disciplined (a result of). | |

| | | | |
|---|---|---|---|
| INVESTIGATOR'S CASE LOG | | IAD NUMBER  01-073 m(?) | TYPE OF INCIDENT | PAGE NO. 7  INVESTIGATOR/ |

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/16/00 until @ | 9:50 A | Dir. M said he would like me to continue w/ the investigation, but will go w/ what Debby says directs. I said I had no problems. & commented if I am removed it's not because org. my doing. | |
| 10/18/00 | 10:30 | Rtn'd call from Debbie Sullen — rebl lunch plans - her birthday. She said Carla Collins approached her this A.M. as Scheff approached Carla Collins noting he knew the under investigation. I also Sullen to not discuss this w/ me & if anyone, from this point on, wanted to give her a message for me to call the main line. Advised I've been removed at my request. | |
| 10/19/00 | 10:38 A | Dir. M & Tf I met. Debby Dain said to err on the side of caution & to remove me from the case so not to give Scheff additional ammo (if any) to we should discipline be imposed. | |
| 10/18/00 | 11:00 A | Sent Karen Knighten email that I have been removed from this case. | |

| | | | |
|---|---|---|---|
| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-073-140 | TYPE OF INCIDENT | PAGE NO. 8 / INVESTIGATOR/ |

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/18/00 | 11:00 | forwarded Denver's 10/17/00 expenses & training record documentation from Coss. | |
| 10/18/00 | 300 | TT called me up getting w/ me to discern what Debrant & Edwards should be questioned on. Disc. which I used he must I said yes & I was responding to him ask Coss/Collins need to | |
| 10/18/00 | 11:40 | TT called me asking if Thallman told me she reported Scheff's behavior/comments to me when I first interviewed her. I told TT I didn't interview (approved) I was just gathering the complaint information & I didn't question her about that nor did she mention it. Again I reiterated I was merely gathering the complaint info for 3103 purposes & when I adv. OI & if complaint he told me to way an email, bullet pts. Adv TT just taking the initial 3103 info I thought I could go back & interview Thallman depending on the circumstances. | |
| 10/18/00 | — | in 10/18/00 4:40 (next time call) to TT, adv him Carla Collins should be int. as I had spoke to Collins in passing, if Scheff had ever said anything to her & Collins immediately put her head down and said "no" | ⑦ 10/16/00 1:26/7/8 |

1/18/00 - meeting w/ OJN & TT discussed Bradly &
9:50A      Burkhead

- changes to report. Complements on a
very good job on this core investigation.

01-073-MO:
advised of sharing householed eff. 10/12


10:32A 529-4224 (Landlord -   NO 104 ad item   [Orderly
       (toilet)                              tomorrow]

10:35A    [want
           bills]      [toilet rent]

10:44 4.20.45.005

         (Clements)

         01-073-MO reassign to TT 10/18/00
   no discussions

10:38A —

   ("report needed")  (received)

   [Pettus] 01-081-      call reassigned
   Rose Garden              n  10/12/00

Rose Garden — dont put in there what I'm doing.

Anniversary Governor

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/18/0 | — | I also told TI Scheff had approached Callen (id a/o) asking if she was crying and he was aware of the investigation. | |
| 10/19/00 | 12:30p | turned in Fletcher / Schuh int sheets / written statements on 10/18/00 afternoon. Sundedge int sheet / WS turned in (12:30p) | |
| 10/19/00 | 1:56p | orig, per TI's request, during Thallman's record intview were give to him. The orig consulted if he stored hard paper complaint information | |
| 10/19/00 | 2:40p | turned in Ross, Marvin int sheet & written stmnt turned in Sullen orig written stmnt. | |
| 10/19/00 | 3:58p | turned in Du Kriu orig stmnt + int sheet. | |
| 10/19/00 | 4:25p | turned in Robert orig stmnt + int sheet | |
| 10/19/00 | 4:51p | turned in Stephenson, orig stmnt + int sheet | |
| 10/20/00 | 9:34A | Turned in orig. statemt of Baugert + int sheet. | |
| 10/20/00 | 9:57A | turned in orig. stmnt + int sheet. All int sheet (int I conducted) are copied & turned into TI – along w/ W.S. (orig) | |
| 10/20/00 | 11:30A | TI / MT / I discussed Scheff's interview) Scheff denied Ofc Sullen "vaging/penis" conversation or at least using the word; never told to stop by anyone or she would have adv. punching (att.) to punch on a workorder form St. 97. Evasive on "penis tree". Lena O. Giont yesterday (10/19) said she told Scheff to stop making comments which pertained | |

INVESTIGATOR'S CASE LOG

IAD NUMBER
01-073-MM

TYPE OF INCIDENT

PAGE NO. 20
INVESTIGATOR/

| DATE | TIME | ACTIVITY | REMARKS |
|------|------|----------|---------|
| 10/20/10 | 11:30A | | |
| | cont'd | to her boyfriend - driven from out of town & Scheff remarked in front of Dr. Brooks' mother (Linda). | |
| | | Realized I am not removed from this case but just reassigned to TT. TT said Scheff wanted to add "other" things to his until start. He has not yet begun his start. | |
| | | Ask TT about what case Dennett to Joe & JKO3 shut, beg Shallman 1st written documentation. | |
| 10/20/10 | 3:57p | 10-24 3103, per TT's request. | |
| 10/21/10 | 10:29-11:15A | Conf w/ TT. TT advised one of E presented my God "badge whipped" people I interviewed I adv. TT I presented as always my credentials. In fact I did that w/ either Taylor & Tim Schultz present. Discussed my being "outed" during int. process. Noted I know no one in that bureau w/ exception of Kenny Bradley & Debbie Davis at my reg, who were w/ my int. subject. TT said when OSI talked w/ Debby Davis on 10/18 she thought it was best to remove me to ensure there was not an [appt] of conf of int. TK said if he + OSI had been fully it might have been a diff. story - R | |

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 10/24/00 | 10:24A cont'd | I expressed my displeasure in the fact of my personal life being mentioned & was not pleased. TT seemed to handle it well or was unexpected. I mentioned the fact that I am certain Robb (Miller, Jr.) is not pleased. facial expressions name it. | |
| 10/25/00 | 1105 | TT ask me if I have his orig written stmt. R in front of him reviewed my file & said no & that I gave the orig w/ him & ID'd my notes. He said he thought he remembered me giving him the orig. | |
| 10/26/00 | 4 PM | Ph Debby Davis, she had a mtg w/ the union of AFSME & that B I am the topic as the union sees me as an unbiased entity. Davis said she told the union "to prove it" unbiased & added she told the union (RW) I removed myself | |
| 10/27/00 | 10:42A | TT ask me questions regarding Pam DeFauro written stmt; specifically pertaining to whether Or Four head directly / indirectly to hearing Ochieff make comments about women being promoted / gays being promoted — He needed this info because as he read it "I don't know how to change it in the interview sheet." B | |

✗ (crossed out star marking) retaliation?

| INVESTIGATOR'S CASE LOG | | IAD NUMBER 01-073-10 | TYPE OF INCIDENT | PAGE NO. 12 INVESTIGATOR/ |
|---|---|---|---|---|
| **DATE** | **TIME** | **ACTIVITY** | | **REMARKS** |
| 10/27/00 | 230 | TT comes to my office w/ int sheets, orig lost AMR 92.33, rqsd I review for accuracy As Scheff has indicated he will file suit. TT acknowledges making some minor formatting changes & minor language to the int sheets | | |
| 10/30/00 | 840 A | Nevewired TT's changes on my int sheet which I turned into him. I maintained a copy of the my corrections to his interview sheets + a copy of the his int sheets w/ my highlights was a different + what changes I have not been made aware of. (Titles omitted) | | |
| 11/2/00 | 9:52A 9:57A | Rec'd info from ORS that Dani Dukow came in to her office asking about Mark Scheff coming over to the ORS's office today. Per he PD wanted to know what was going on, ORS advised her she didn't know + didn't care + didn't want to discuss it further. Apparently a brief cont'd + ORS reiterated the fact she didn't want to know + or discuss it. ORS demanded PD leave the office, but not before ORS told PD that she (PD) better quit discussing the investigation + brought up the fact that PD told McBride here, on a Wednesday evening, | | |

| DATE | TIME | ACTIVITY | REMARKS |
|------|------|----------|---------|
| 11/2/00 cont | 9:35 2:57 | at bingo about the case. DRS then PD out of the office & closed fire door. DRS estimated this exchange (w/o witnesses, took place app. 15 minutes or enough time for DRS to write the exchange down. DRS said she told Carla Collins what happened & wanted to talk to someone right away. Ronnie Kalusa is the only mgmt person in the office today. I directed DRS to advise Kalusa of any & all crime she is aware of, as policy stipulates she must do. DRS was quite upset about the DH/DVR conversation & the fact that her workplace has now become hostile. Directed her to Email Kalusa & dns TT, as he is lead investigator. She mentioned something about SANDRIDGE talking to Angie Deffenbaugh about why her (DRS) door was closed & what DRS was doing. I told DRS if there was no release of investigation information, I didn't think it was pertinent, but if she thought it was pertinent to do so. | |
| 11/2/00 | 10:04A | I asked DRS as I/her if she has altered her work activities at work. She said she has to divert interact of coworkers, keep her door closed & feel she works in a hostile work. | |

| | | INVESTIGATOR'S CASE LOG | IAD NUMBER 01-073-MO | TYPE OF INCIDENT | PAGE NO. 14 INVESTIGATOR/ |

| DATE | TIME | ACTIVITY | REMARKS |
|---|---|---|---|
| 11/2/10 | 10:04a well | environment. I directed ORS to include that as well in the email if that is how she feels. | |
| 11/29/10 | 2:00p | TT adv. O6 has recd as a complaint (3) people complained about being inappropriate in interview. No names were mentioned. Asked if I needed a witness present TT said he didn't see the need, but it would be up to me, & I can decide when I get to 412. TT said D/M will also be present during the inquiry 2:30@4:12p | |
| 11/29/10 | 2:19p | Left for 412, meet in the lobby. TT advised TT/DM will ask a few questions & I can write my statement in the office. | |
| 11/29/10 | 2:35p (est) | inquiry began TT/DM present. 4 allegations presented, verbal responses given — Adv. to address allegations in statement format. Inquiry concluded at 4:10p Adv. not to discuss w/ ORS, as the individuals alleging violations write w/ ORS & it shouldn't affect ORS work environment. | |
| 12/1/10 | 9:24a | Ta turned in my inquiry, sent to TT. (see scanned). | |
| 12/8/10 | 3:45p | TT asked me how I knew Deboot/Schulz & DaForu talked about the investigation. | |

| INVESTIGATOR'S CASE LOG | | IAD NUMBER -01-073-MC | TYPE OF INCIDENT | PAGE NO. 18 INVESTIGATOR/ |
|---|---|---|---|---|
| DATE | TIME | ACTIVITY | | REMARKS |
| 12/8/00 | 3:45p | TI asked me to include whether I knew this info ref Sandidge directly/indirectly. Adv TI I'd make the corrections + have them to him before 5p. Went to look for the disc — not here (home) Adv TI I'd work on the corrections/addendum over the weekend and have it for him on 12/11/00. He said that was fine | | |
| 12/11/00 | 8:39 am (cst) | Received case notes ref Dutton/Galvach, Thallman, Sandidge Tld Sullivan to verify 11/2/00 tele conv between he + I. He confirmed + I included it (Dutton) Hare/Kings Sandidge/Deffenbaugh exchange | | |
| 12/11/00 | 9:25 | Reviewed/new copies made of ing sht + forwarded to T. | | |
| 8/12/05 | 11:30a (cst) | Rec'd Email from SUSAN MOREHEAD (AGO) ref DRS ATTY requesting I be deposed on 8/24/05. No time given. SARAH KELLEY (AAG) will be contacting me to prepare for the deposition | | |
| 8/19/05 | 10:30 (cst) | MOOREHEAD emailed me reference my deposition has been rescheduled for August 24, 2005 @ 9:00 am. I WAS NEVER GIVEN A TIME for depo only the date (8/24/05) MOOREHEAD advised AAG (KELLEY) wants to meet me w/8 on | | |

| INVESTIGATOR'S CASE LOG | | IAD NUMBER | TYPE OF INCIDENT | PAGE NO. |
| --- | --- | --- | --- | --- |
| | | | | INVESTIGATOR/ |
| DATE | TIME | ACTIVITY | | REMARKS |
| 8/19/05 | 10:30 am | 8/22/05 morning. A scheduled calendar was also present – 8/22/05 11A-12p I had to follow-up w/ the LAW library (@ The 8 copies) I confirmed | | |
| 8/22/05 | before 8am | I went to masterfile to get the interviews from the masterfile. Case is V'd out to WM Name a/s – no year. AGAINST POLICY! | | |
| | 8:32 am | WM enters my office tells me I was RECUSED from this case + he doesn't know if I can/should be allowed to look @ this case. I told him I was never told I was recused from this case. He reiterated yes I was. HMM... this was the first time I've heard I was RECUSED. He left, went to office & supplied me w/ the 10/18/00 email | | |