E-FILED
Monday, 20 March, 2006  04:29:21 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DEBORAH R. SULLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-3039 |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) ) ) ) |
| Defendant. | ) |

## MOTION TO CONTINUE TRIAL DATE

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF PUBLIC AID, by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and for its Motion to Continue states as follows:

1.   The trial in the above-captioned action is currently scheduled to begin April 3, 2006.

2.   Sarah Kerley, one of the attorney's for Defendant, will be on vacation from April 3, 2006, through April 11, 2006.

3.   Ms. Kerley has been deeply involved in the representation of the Defendant in this action.  Ms. Kerley represented the Defendant in each of the depositions taken in this matter, and she was one of two attorneys involved in preparing the Motion for Summary Judgment.

4.   Therefore, Defendant respectfully requests that the trial be briefly continued until April 12, 2006 or May 1, 2006.

5.   This Motion is not brought for the purpose of delay, but rather so that Ms. Kerley is able to continue representing the Defendant at trial.

6. Counsel for Defendant attempted to contact counsel for Plaintiff to determine if he had any objection to this Motion. Unfortunately, counsel for Plaintiff was unavailable prior to the filing of this Motion.

WHEREFORE, Defendant, Illinois Department of Public Aid, respectfully requests that the trial be continued until April 12, 2006 or May 1, 2006.

> Respectfully submitted,
>
> ILLINOIS DEPARTMENT OF PUBLIC AID,
>
> Defendant,
>
> LISA MADIGAN, Attorney General,
> State of Illinois
>
> By: s/ Thomas H. Klein
> Thomas H. Klein, #6271653
> Sarah R. Kerley, #6283449
> Assistant Attorneys General
> 500 South Second Street
> Springfield, Illinois 62706
> Telephone: (217) 785-4555
> Facsimile: (217) 524-5091
> E-Mail: tklein@atg.state.il.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2006, I electronically filed the foregoing Motion to Continue Trial Date with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
carenbakerlaw@sbcglobal.net

and I hereby certify that on March 20, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

None.

Respectfully submitted,

/s/ Thomas H. Klein
Thomas H. Klein, #6271653
Sarah R. Kerley, #6283449
Assistant Attorneys General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 785-4555
Facsimile:  (217) 524-5091
tklein@atg.state.il.us