UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-3039 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION IN LIMINE

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF PUBLIC AID (IDPA), by and through its attorney, Lisa Madigan, Attorney General for the State of Illinois, and as its Motion to Limine states as follows:

1. Plaintiff brought her Complaint pursuant to Title VII alleging both sexual harassment and retaliation.

2. On March 10, 2006, the Court granted summary judgment in favor of the Defendant on Plaintiff's sexual harassment claim. The case is moving forward on the retaliation claim only.

3. Plaintiff claims she was retaliated against for cooperating with the investigation into a complaint made by IDPA employee Mary Thallman. Ms. Thallman complained that she overheard IDPA employee Mark Scheff make sexually explicit comments to Jim Schuh.

4. IDPA respectfully requests that Plaintiff, along with her attorneys and witnesses, be restrained from mentioning in the presence of the jury:

   a. any alleged conduct of Mark Scheff that occurred prior to her cooperation with the Mary Thallman investigation, other than the fact that Mary Thallman complained that she overheard Mark Scheff make inappropriate comments to Jim Schuh. Any such behavior cannot be

      relevant to Plaintiff's retaliation claim, and any relevance it might have is substantially outweighed by its prejudicial nature. Federal Rule of Evidence 403;

b. any alleged sexually explicit comments which she overheard but were not directed at her. Such comments cannot be relevant to Plaintiff's retaliation claim, and any relevance it might have is substantially outweighed by its prejudicial nature. Federal Rule of Evidence 403;

c. that the male MACs allegedly retaliated against Plaintiff and other female employees by not speaking to them after the Mary Thallman investigation. IDPA cannot be held liable for the refusal of Plaintiff's co-workers to speak to Plaintiff unless it instructed them not to do so. <u>Crawford v. Edmonson</u>, 764 F.2d 479, 484 (7th Cir. 1985);

d. any alleged negative comments made by Mark Scheff about women other than Plaintiff or about women in general. Such comments cannot be relevant to Plaintiff's retaliation claim, and any relevance it might have is substantially outweighed by its prejudicial nature. Federal Rule of Evidence 403;

5. Filed concurrently with this Motion in Limine is IDPA's Memorandum of Law in Support of its Motion in Limine, which IDPA incorporates into this Motion.

WHEREFORE, Defendant, Illinois Department of Public Aid, respectfully requests that this Honorable Court grant its Motion in Limine.

      Respectfully submitted,

      ILLINOIS DEPARTMENT OF PUBLIC AID,

      Defendant,

      LISA MADIGAN, Attorney General,
      State of Illinois
By: s/ Thomas H. Klein
      Thomas H. Klein, #6271653
      Sarah R. Kerley, #6283449
      Assistant Attorneys General
      500 South Second Street
      Springfield, Illinois 62706
      Telephone: (217) 785-4555
      Facsimile: (217) 524-5091
      E-Mail: tklein@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2006, I electronically filed the foregoing Motion in Limine with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    James P. Baker
    carenbakerlaw@sbcglobal.net

and I hereby certify that on April 11, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

    None.

                Respectfully submitted,

                /s/ Thomas H. Klein
                    Thomas H. Klein, #6271653
                    Sarah R. Kerley, #6283449
                    Assistant Attorneys General
                    500 South Second Street
                    Springfield, IL  62706
                    Telephone:  (217) 785-4555
                    Facsimile:  (217) 524-5091
                    tklein@atg.state.il.us