UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  04-3039 |
| | ) | |
| STATE OF ILLINOIS, DEPARTMENT OF | ) | |
| PUBLIC AID, | ) | |
| | ) | |
| Defendant. | ) | |

**STATEMENT OF THE CASE**

The Plaintiff, DEBORAH SULLINS, an employee of the ILLINOIS DEPARTMENT OF PUBLIC AID, maintains this case against her employer pursuant to Title VII of *The Civil Rights Act of 1964*.  Plaintiff claims that she cooperated with an investigation into a complaint alleging a violation of Title VII.  She further claims that her employer knew that a coworker was harassing her but failed to intervene, and that her employer would not have failed to intervene if Plaintiff had not cooperated with the investigation but everything else had been the same.

The ILLINOIS DEPARTMENT OF PUBLIC AID denies retaliating against the Plaintiff for her cooperation in the investigation.

The Plaintiff, DEBORAH SULLINS, is represented by James P. Baker and John Taylor of Springfield, Illinois.  The Defendant, ILLINOIS DEPARTMENT OF PUBLIC AID, are represented by Matthew Bilinsky, Sarah Kerley and Thomas Klein of Springfield, Illinois.

| | |
|---|---|
| STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID | DEBORAH SULLINS |
| BY: /s Sarah Kerley (with consent) | BY: s/ James P. Baker |
| One of Its attorneys | Her Attorney |

Sarah Kerley
Thomas Klein
Matthew Bilinsky
Assistant Attorney Generals
Offices of the Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-0261

James P. Baker
Baker, Baker & Krajewski LLC
415 South Seventh Street
Springfield, Illinois 62701
(217) 522-3445
E-Mail: cmbakerlaw@aol.com

John Taylor
Attorney at Law
P.O. Box 3364
Springfield, Illinois 62708
Telephone: (217) 525-5100
Facsimile: (217) 523-1594
E-mail: johnptaylor@insightbb.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Sarah Kerley
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois 62701

By: s/ James P. Baker
James P. Baker
Bar Number: 0097802
Baker, Baker & Krajewski, LLC
415 South Seventh Street

Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
E-mail: carenbakerlaw@sbcglobal.net