UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DEBORAH R. SULLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-3039 |
| | ) | |
| THE ILLINOIS DEPARTMENT OF PUBLIC AID, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

NOW COMES Matthew D. Bilinsky, Assistant Attorney General, by and through Lisa Madigan, Attorney General of the State of Illinois, and hereby enters his appearance on behalf of Defendant, ILLINOIS DEPARTMENT OF PUBLIC AID, in the above cause.

Respectfully submitted,

ILLINOIS DEPARTMENT OF PUBLIC AID,

Defendant,

LISA MADIGAN, Attorney General,
State of Illinois

By: /s/Matthew D. Bilinsky
    Matthew D. Bilinsky, #6217270
    Assistant Attorneys General
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 785-4555
    Facsimile:   (217) 524-5091
    E-Mail: mbilinsky@atg.state.il.us

## CERTIFICATE OF SERVICE

      I hereby certify that on April 28, 2006, I electronically filed the foregoing Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    James P. Baker
    carenbakerlaw@sbcglobal.net

and I hereby certify that on April 28, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

    None

                                    Respectfully submitted,

                                    /s/Matthew D. Bilinsky
                                    Matthew D. Bilinsky, #6217270
                                    Assistant Attorney General
                                    Attorney for Defendant
                                    500 South Second Street
                                    Springfield, Illinois  62706
                                    Telephone:  (217) 782-5819
                                    Facsimile:   (217) 524-5091
                                    mbilinsky@atg.state.il.us