E-FILED
Wednesday, 10 May, 2006   09:06:06 AM
Clerk, U.S. District Court, ILCD

## VERDICT FORM B

We, the Jury find for the defendant and against the plaintiff.

    s/Presiding Juror
    Presiding Juror
    s/juror
    s/juror
    s/juror
    s/juror
    s/juror
    s/juror
    s/juror

# FILED

MAY - 9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Given