I Calvin L. Kelle, presiding juror, am writing to let you know we the jury have not concluded this case. Please advise instruction per Tomarrow 5/9/06.

4:36 pm
5/8/06

s/Presiding Juror

Please advise Gloria to Confirm our Rooms per 5:00 p.m. Concellation.

**FILED**

MAY  8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Court exhibit 1