

## UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

**CHAMBERS OF**
**JEANNE E. SCOTT**
UNITED STATES DISTRICT JUDGE

319 U.S. COURTHOUSE
600 EAST MONROE
SPRINGFIELD, ILLINOIS 62701
217-492-4000
FAX: 217-492-4004

May 8, 2006

**LADIES and GENTLEMEN OF THE JURY:**

Please indicate which the jury prefers to do:

\_\_\_\_\_  1)   Order dinner and continue deliberating this evening; or

\_\_✓\_\_  2)   Adjourn for the evening and resume deliberations tomorrow morning at 9:00 a.m.

s/Presiding Juror
———————————
Foreperson

**FILED**

MAY  8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

*Court exhibit 2*