Clarification with #5

Please Define and/or?

Do we have to find that Both Steve & Jody ~~too~~ Did not Take reasonable actions or just one or the other?

Also define Reasonable Please?

s/Presiding Juror
11:57
5/9/06

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Court exhibit 3