E-FILED
Wednesday, 10 May, 2006 09:25:19 AM
Clerk, U.S. District Court, ILCD

In # 5, for Plaintiff to prove her claim she must prove, among other things, that neither Steve Bradley nor Jodie Edmonds took reasonable steps to stop the retaliatory conduct by Mark Scheff. If either Bradley or Edmonds did take reasonable steps to stop the retaliatory conduct, then Plaintiff has not proven her claim.

"Reasonable" is what you determine it to be. I have no additional definition for you of this term.

**FILED**
MAY 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

s/Jeanne E. Scott