E-FILED
Wednesday, 10 May, 2006  09:31:46 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| DEBORAH SULLINS, Plaintiff, v. THE ILLINOIS DEPARTMENT OF PUBLIC AID | **PLAINTIFF'S EXHIBIT AND WITNESS LIST**<br><br>**CASE NO. 04-3039** |
|---|---|
| Presiding Judge<br>Honorable Jeanne Scott | Plaintiff's Attorney<br>James P. Baker | Defendant's Attorneys<br>Matthew Bilinsky, Sarah Kerley, Thomas Klein |
| Trial Date<br>May 1-5, 2006 | Court Reporter | Courtroom Deputy |

| Plf. No. | Def. No. | date | Marked | Admitted | PLAINTIFF'S EXHIBIT LIST |
|---|---|---|---|---|---|
| 1 | | | | | Curriculum Vitae of Richard Alexander, M.D. |
| 1a | | 5/1 | X | X | October 19, 2000 memorandum from Steve Bradley to Mark Scheff |
| 2 | | | | | Vine Street Clinic Patient Financial History |
| 2a | | 5/1 | X | X | Mark Scheff grievance |
| 3 | | 5/1 | X | X | Mark Scheff April 30, 2001 position statement |
| 4 | | 5/1 | Jodi subpoena - Ct | | Jodi Edmonds witness listing for Mark Scheff |
| 5 | | 5/1 | Admit - Ct subpoena | | Lenna DeGroot witness listing for Mark Scheff |
| 6 | | 5/1 | X | X | November 2, 2000 email from Deborah Sullins to Steve Bradley |
| 7 | | 5/1 | X | X | October 19, 2000 email from Steve Bradley to Derrick Moscardelli |
| 8 | | | | | January 25, 2001 email from Steve Bradley to Carol Luttrell |
| 9 | | 5/1 | X | X | February 2, 2001 letter from Carol Pose to Derrick Moscardelli and Steve Bradley |

**FILED**

MAY  9 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | date | marked | admitted | |
|---|---|---|---|---|
| 10 | 5/2 | X | X | March 12, 2001 email from Jodie Edmonds to Steve Bradley |
| 11 | | | | March 12, 2001 email from Steve Bradley to Derrick Moscardelli |
| 12 | | | | March 12, 2001 emails between Deborah Sullins and Jodie Edmonds |
| 13 | 5/2 | X | X | March 13, 2001 email from Deborah Sullins to Steve Bradley |
| 14 | | | | March 13, 2001 emails between Deborah Sullins and Jodie Edmonds |
| 15 | | | | March 19, 2001 email from Laura Whetstone to Derrick Moscardelli, Terrance Tranquilli |
| 16 | 5/2 | X | X | March 19, 2001 emails exchanged between Steve Bradley and Janice Johnson |
| 17 | 5/2 | X | X | March 29, 2001 emails between Steve Bradley and Terrance Tranquilli |
| 18 | 5/2 | X | X | March 28, 2001 email from Jodie Edmonds to Steve Bradley |
| 19 | 5/1 | X | X | Marvin Ross statement of March 15, 2001 |
| 20 | | | | April 13 and 16, 2001s email from Jodie Edmonds to Cheryl Beckner |
| 21 | | | | June 28, 2001 email/memorandum from Janice Johnson to Raven Knighten |
| 22 | | | | June 29, 2001 email/memorandum from Terrance Tranquilli to Mark Scheff |
| 23 | | | | Deborah Sullins Merit Compensation and Performance System evaluation from October 16, 2000 to February 15, 2001 |
| 24 | 5/2 | X | | Jodie Edmonds notes |
| 25 | 5/1 | X | X | Jodie Edmonds March 13, 2001 statement |
| 26 | | | | Office of Inspector General Report of Investigation dated June 28, 2001 |
| 27 | 5/1 | X | X | Lenna DeGroot statement of March 15, 2001 |

| | date marked | Admitted | | | |
|---|---|---|---|---|---|
| 28 | | | | | July 10, 2001 memorandum from Derrick Moscardelli to Matt Powers |
| 29 | | | | | Investigators case log for the Mary Thallman investigation |
| 30 | | | | | October 2000 emails exchanged between Raven Knighten and the Office of the Inspector General regarding the Mary Thallman investigation |
| 31 | | | | | Office of the Inspector General - Mary Thallman referral |
| 32 | | | | | March 23, 2001 emails exchanged between Laura Whetstone and Pamela Dufour |
| 33 | | | | | March 2001 emails between the Office of the Inspector General and Steve Bradley regarding the Mary Thallman picture |
| 34 | | | | | October 11, 2001 memorandum from Laura Whetstone to Terrance Tranquilli |
| 35 | 5/2 | X | | | Deborah Taylor billing records |
| 36 | | | | | Karen Broquet, M.D. billing records |

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| DEBORAH SULLINS, Plaintiff, v. THE ILLINOIS DEPARTMENT OF PUBLIC AID | **JOINT EXHIBIT LIST** **CASE NO. 04-3039** | |
|---|---|---|
| Presiding Judge Honorable Jeanne Scott | Plaintiff's Attorney James P. Baker | Defendant's Attorney Matthew Bilinsky, Sarah Kerley, Thomas Klein |
| Trial Date May 1-5, 2006 | Court Reporter | Courtroom Deputy |

| Plf. No. | Def. No. | date | Marked | Admitted | PLAINTIFF'S EXHIBIT LIST |
|---|---|---|---|---|---|
| 1 | | 5/3 | X | X | March 27, 2001 email from Deborah Sullins to Derrick Moscardelli |
| 2 | | | | | March 28, 2001 email from Steve Bradley to Mark Scheff |
| 3 | | 5/1 | X | X | Disciplinary charges/five day suspension of Mark Scheff |
| 4 | | 5/1 | X | X | February 2001 Organization chart for the Bureau of Comprehensive Services |
| 5 | | 5/1 | X | X | Illinois Department of Public Aid Sexual Harassment Policy |
| | | | | | |
| pltfs 26a | | 5/4 | X | X | hand drawn map of office space drawn by Powell |
| | | | | | |
| | | | | | |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| DEBORAH SULLINS, Plaintiff, v. THE ILLINOIS DEPARTMENT OF PUBLIC AID | DEFENDANT'S EXHIBIT LIST CASE NO. 04-3039 | |
|---|---|---|
| Presiding Judge Honorable Jeanne Scott | Plaintiff's Attorney James P. Baker | Defendant's Attorney Matthew Bilinsky, Sarah Kerley, Thomas Klein |
| Trial Date May 1-5, 2006 | Court Reporter | Courtroom Deputy |

| Plf. No. | Def. No. | date | Marked | Admitted | PLAINTIFF'S EXHIBIT LIST |
|---|---|---|---|---|---|
| | 1 | 5/2 | X | X | Deborah Sullins' interview sheet regarding her internal complaint of retaliation from the interview of March 29, 2001 |
| | 2 | 5/2 | X | | Deborah Sullins' Journal |
| | 3 | | | | Deborah Sullins' amended EEOC charge of discrimination dated July 13, 2001 |
| | 4 | 5/4 | X with limited ins | X | Investigative File, Case No. 01-172-MO, with attachments |
| | 4a | 5/3 | X | X | Charge of discrimination 2-27-01 |
| | 5 | 5/2 | X | X | email to Steve Bradley |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |