# UNITED STATES DISTRICT COURT

CENTRAL  District of  ILLINOIS

DEBORAH SULLINS

V.

ILLINOIS DEPARTMENT OF PUBLIC AID

**BILL OF COSTS**

Case Number: 04-3039

Judgment having been entered in the above entitled action on __May 10, 2006__ against __Plaintiff, Deborah Sullins__,
Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ |
| Fees for service of summons and subpoena ........................... | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,924.60 |
| Fees and disbursements for printing .................................. | |
| Fees for witnesses (itemize on reverse side) ........................ | 40.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | |
| Docket fees under 28 U.S.C. 1923 ................................... | |
| Costs as shown on Mandate of Court of Appeals ...................... | |
| Compensation of court-appointed experts ............................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ......................................... | |
| TOTAL $ | 1,964.60 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __James P. Baker__.

Signature of Attorney: __s/Thomas H. Klein__

Name of Attorney: __Thomas H. Klein, Assistant Attorney General__

For: __Defendant, Illinois Department of Public Aid__     Date: __5-22-06__
Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
Clerk of Court                    Deputy Clerk                    Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Loren Larsen, 29 Country Towne Road, Springfield, IL 62707 | 1 | $40.00 | | | | | $40.00 |
| | | | | | | TOTAL | 40.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL  62704
217-788-2835

Thomas Klein, Esq.
OFFICE OF THE ATTORNEY GENERAL
500 South Second Street
Springfield, IL  62706

Inv Date   05/01/2006
Invoice#       30554
Client#         4436
Job/File# R-35

Re: Sullins    Department of Public Aid
Assignment Date: April 25, 2006

Trans Copy of Dr. Richard Alexander

                             Total Amount $     132.15
Interest At A Rate Of 1.50% After 30 Days $       0.00
                                Total due $     132.15
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

Sarah Kerley, Esq.
OFFICE OF THE ATTORNEY GENERAL
500 S. 2nd Street
Springfield, IL 62706

Inv Date   10/04/2005
Invoice#      29859
Client#        4464
Job/File# R-11

Re: Sullins   Illinois Dept. of Public Aid
Assignment Date: September 14, 2005

Trans Copy of Raven Knighten

                          Total Amount $     145.40
    Interest At A Rate Of 1.50% After 30 Days $       0.00
                          Total due $        145.40
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

Return Copy

```
```
**GOLEMBECK REPORTING SERVICE**
Connie S. Golembeck, Owner
217 East Monroe, Suite 101
Springfield, Illinois  62701
(217) 523-8244
SS# 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

September 22, 2005

Ms. Sarah R. Kerley
Assistant Attorney General
Office of the Illinois Attorney General
500 South Second Street
Springfield, Illinois  62706

FOR SERVICES RENDERED:
    In Re:  Deborah Sullins vs Department of Public Aid
            U.S. District Court No. 04-3039

September 8, 2005 Deposition of Deborah Sullins, covered by Christina Riebeling

APPEARANCE:
    5 hours                                            $ 125.00

TRANSCRIPT: (Original w/index)
    184 pages                                      $ 460.00

                                    TOTAL DUE     $ 585.00

                                    Thank you



BALDWIN REPORTING SERVICES
Court Reporting, Legal Video and
Investigation Services
107 East Allen, Suite 101
Springfield, IL 62704
217-788-2835

Sarah Kerley, Esq.
OFFICE OF THE ATTORNEY GENERAL
500 S. 2nd Street
Springfield, IL  62706

Inv Date  09/06/2005
Invoice#     29716
Client#       4464
Job/File# R-33

Re: Sullins   Illinois Dept. of Public Aid
Assignment Date: August 24, 2005

Trans Copy of Judy Stephenson Bixler

```
                         Total Amount $     105.20
     Interest At A Rate Of 1.50% After 30 Days $       0.00
                            Total due $     105.20
```
We specialize in "Focus Group" studies

BALDWIN REPORTING SERVICES
Federal Tax Id#: 37-1234576

BRS Original

```
                    BALDWIN REPORTING SERVICES
                 Court Reporting, Legal Video and
                       Investigation Services
                       107 East Allen, Suite 101
                          Springfield, IL  62704
                             217-788-2835
```

Sarah Kerley, Esq.
OFFICE OF THE ATTORNEY GENERAL
500 S. 2nd Street                          Inv Date   08/17/2005
Springfield, IL  62706                     Invoice#      29637
                                           Client#        4464
                                           Job/File# R-14

Re: Sullins    Illinois Dept. of Public Aid
Assignment Date: July 18, 2005


  Trans Copy of Loren Larsen, Deborah Hensey


  Trans Copy of Janice Johnson, Lenna DeGroot

                              Total Amount $      573.70
          Interest At A Rate Of 1.50% After 30 Days $        0.00
                                Total due $      573.70
We specialize in "Focus Group" studies

```
                    BALDWIN REPORTING SERVICES
                    Federal Tax Id#: 37-1234576
```

```
              BALDWIN REPORTING SERVICES
           Court Reporting, Legal Video and
                  Investigation Services
                107 East Allen, Suite 101
                    Springfield, IL  62704
                       217-788-2835
```

```
Sarah Kerley, Esq.
OFFICE OF THE ATTORNEY GENERAL
500 S. 2nd Street                          Inv Date   07/28/2005
Springfield, IL  62706                     Invoice#      29567
                                           Client#        4464
                                           Job/File# R-35
```

Re: Sullins    Illinois Dept. of Public Aid
Assignment Date: July 12, 2005

 Trans Copy of Mark Scheff, Cindy Cox, Steve Bradley & Marvin Ross

```
                        Total Amount $      383.15
    Interest At A Rate Of 1.50% After 30 Days $        0.00
                           Total due $      383.15
```
 We specialize in "Focus Group" studies

```
              BALDWIN REPORTING SERVICES
              Federal Tax Id#: 37-1234576
```

BRS Original

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2006, I electronically filed the foregoing Bill of Costs with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James P. Baker
carenbakerlaw@sbcglobal.net

and I hereby certify that on May 22, 2006, I mailed by United States Postal Service, the document to the following non-registered participant:

Mr. James P. Baker
Baker, Baker, & Krajewski, LLC
415 S. Seventh St.
Springfield, IL 62701

Respectfully submitted,

/s/ Thomas H. Klein
   Thomas H. Klein, #6271653
   Sarah R. Kerley, #6283449
   Assistant Attorneys General
   500 South Second Street
   Springfield, IL 62706
   Telephone: (217) 785-4555
   Facsimile: (217) 524-5091
   tklein@atg.state.il.us