| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Deborah Sullins v. Illinois Dept of Public Aid* |
| | ) ss. | USDC-CDIL 04-3039 |
| COUNTY OF SANGAMON | ) | |

## AFFIDAVIT

I, Thomas H. Klein, having first been duly sworn upon oath, do hereby depose and state:

1. I am of legal age and would be competent to testify in the matters and things set forth herein if called as a witness in this cause.

2. I was the Assistant Attorney General assigned to represent Defendant Kris Gebke in the case entitled *Deborah Sullins v. Illinois Department of Public Aid*, USDC-CDIL Case No. 04-3039.

3. The deposition transcripts were used in preparing for this cause, and were necessary to address the issues that were pending at the time the depositions were taken.

4. The witness fees were necessarily incurred in this case, and were necessary to address the issues that were pending at trial.

5. The aforementioned costs were necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

6. I have knowledge of the foregoing paragraphs, and they are true and accurate to the best of my belief.

FURTHER AFFIANT SAYETH NOT.

s/ Thomas H. Klein

Subscribed and sworn to before me
this 22nd day of May, 2006.

s/Lisa D. Weitekamp

Notary Public

OFFICIAL SEAL
LISA D. WEITEKAMP
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-14-2009