AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DEBORAH R. SULLINS**

vs.                                              Case Number:   **04-3039**

**ILLINOIS DEPATMENT OF PUBLIC AID**

**XX  JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**  pursuant to the verdict entered on 5/9/2006:  judgment is entered in favor of defendant, The State of Illinois, and against the plaintiff, Deborah Sullins.  plus costs of suit in the amount of $1,964.60.

ENTER this 20th day of June, 2006

JOHN M. WATERS, CLERK

_____s/Christy Taylor_____
BY:  DEPUTY CLERK